**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter ___7___

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy            06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Orlando Brick Pavers LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-1520350** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **4250 Alafaya Trail, Ste 212-338** <br> **Oviedo, FL 32765** <br> Number, Street, City, State & ZIP Code | **2480 East Michigan St., Ste 204** <br> **Orlando, FL 32806** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Seminole** <br> County | **Location of principal assets, if different from principal place of business** <br> **580 Fairvilla Rd Orlando, FL 32808** <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.orlandobrickpavers.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Orlando Brick Pavers LLC**                                           Case number (if known) _____
          Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

        2389

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

| Debtor | Orlando Brick Pavers LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency

Contact name

Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor    **Orlando Brick Pavers LLC**                                          Case number (*if known*) _____
          Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

9/13/22  1:24AM

Debtor    **Orlando Brick Pavers LLC**
     Name

Case number (*if known*)

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 13, 2022**
            MM / DD / YYYY

**X /s/ Andrew Cramer**
Signature of authorized representative of debtor

**Andrew Cramer**
Printed name

Title    **Managing Member**

---

**18. Signature of attorney**

**X /s/ Cynthia E. Lewis**
Signature of attorney for debtor

Date    **September 13, 2022**
      MM / DD / YYYY

**Cynthia E. Lewis 53076**
Printed name

**Nardella & Nardella, PLLC**
Firm name

**135 W. Central Blvd. Ste 300**
**Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone    **407-872-7447**          Email address    **Clewis@nardellalaw.com**

**53076 FL**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name        **Orlando Brick Pavers LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule* _____

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 13, 2022**          X *Is/ Andrew Cramer*
                                                    Signature of individual signing on behalf of debtor

                                                    **Andrew Cramer**
                                                    Printed name

                                                    **Managing Member**
                                                    Position or relationship to debtor

9/13/22 1:24AM

**Fill in this information to identify the case:**

Debtor name   **Orlando Brick Pavers LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................   $ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................   $ _____ 32,018.74

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................   $ _____ 32,018.74

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $ _____ 240,546.84

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................   $ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$ _____ 520,497.52

4.   **Total liabilities** .................................................................................................
    Lines 2 + 3a + 3b     $ _____ 761,044.36

**Fill in this information to identify the case:**

Debtor name **Orlando Brick Pavers LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property            12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2.    **Cash on hand**                                                           **$0.00**

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Additions Credit Union** | **Business Checking** | **1497** | **$2,617.71** |
| 3.2. | **Additions Credit Union** | **Business Savings** | **1494** | **$295.01** |
| 3.3. | **Chase (Negative Balance)** | **Business Checking** | **2305** | **$0.00** |
| 3.4. | **Chase** | **Business Savings** | **8295** | **$50.02** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                        $2,962.74
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

| Debtor | **Orlando Brick Pavers LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1. **UPS #2126 Post Office Box for Business, Oviedo, FL**                                    **$250.00**

**9.** **Total of Part 2.**                                                                                          **$250.00**
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.** **Accounts receivable**

11b. Over 90 days old:    **2,363.00**    -    **2,363.00**    =....    **$0.00**
                                         face amount                doubtful or uncollectible accounts

**12.** **Total of Part 3.**                                                                                          **$0.00**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| **20.** **Work in progress** | | | | |
| **21.** **Finished goods, including goods held for resale** | | | | |
| **22.** **Other inventory or supplies** **Brick pavers, Stone Blocks, Block Wall, Coping, Bullnose Slate,Pallets** | | **Unknown** | **Recent cost** | **$7,934.00** |

| Debtor | **Orlando Brick Pavers LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**23.** **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$7,934.00

**24.** **Is any of the property listed in Part 5 perishable?**

■ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No
☐ Yes. Book value _____    Valuation method _____    Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** **Various Desks, Chairs, Cabinets** | Unknown | Liquidation | $200.00 |
| **40.** **Office fixtures** **Craftsman Storage Shed, pressure washer** | $72.00 | Liquidation | $75.00 |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** **Computers and Printers** | Unknown | Liquidation | $200.00 |

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

$475.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
■ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor   **Orlando Brick Pavers LLC**                                    Case number *(If known)*
Name

---

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2003 Ford F350 Truck  VIN:**<br>**1FTSW31F03EA58340** | $960.00 | Liquidation | $3,000.00 |
| 47.2. **2012 Kia Sorrento**<br>**VIN:5XYKU3A60CG295133- dents and**<br>**dings, engine replaced (work vehicle)** | Unknown | Liquidation | $2,395.00 |
| 47.3. **2019 U-Dump Trailer VIN:**<br>**43ZBD1226K0008083** | $0.00 | | $7,000.00 |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)**<br>**Forklift, Pallet Forks, Skid Steer, Bobcat** | $2,236.00 | Liquidation | $8,000.00 |

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| | $20,395.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

Debtor   **Orlando Brick Pavers LLC**                                      Case number *(If known)*
_____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** www.orlandobrickpavers.com | **Unknown** | **Liquidation** | **$1.00** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** email address:  obp@orlandobrickpavers.com | **$0.00** | | **$1.00** |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | **$2.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **Orlando Brick Pavers LLC**_____        Case number *(If known)* _____
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,962.74 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $250.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $7,934.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $475.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $20,395.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $32,018.74 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $32,018.74 |

---

**Fill in this information to identify the case:**

Debtor name __**Orlando Brick Pavers LLC**__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

| 2.1 | **Balboa Capital Corp**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Various Desks, Chairs, Cabinets** | $119,576.28 | $200.00 |

**575 Anton Blvd, 12th Flr**
**Costa Mesa, CA 92626**
Creditor's mailing address

Describe the lien
**Business Loan - UCC#s**
**202201260799/202200335213/202200025392**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**11/22/2021**
☐ No

**Last 4 digits of account number**
**9000**
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Can Capital**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Forklift, Pallet Forks, Skid Steer, Bobcat** | $27,901.66 | $8,000.00 |

**2015 Vaughn Rd. NW**
**Bldg. 500**
**Kennesaw, GA 30144**
Creditor's mailing address

Describe the lien
**Business Loan  UCC #201900019327**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**7/14/2019**
☐ No

**Last 4 digits of account number**
**0234**
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

9/13/22 1:24AM

| Debtor | **Orlando Brick Pavers LLC** | Case number (if known) |
|---|---|---|
| | Name | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Everest Business Funding** | Describe debtor's property that is subject to a lien | $44,550.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Over 90 days old: Ashley Bennett for work completed 10/30/21** | | |

**8200 NW 52nd Terr., 2nd Flr
Miami, FL 33166**
Creditor's mailing address

**Describe the lien**
**Business Loan UCC # 202201331781 (Receivables)**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/22/2022**
**Last 4 digits of account number**
**3421**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. For A Financial Advance
2. Everest Business Funding**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **For A Financial Advance** | Describe debtor's property that is subject to a lien | $7,629.80 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Over 90 days old: Ashley Bennett for work completed 10/30/21** | | |

**519 Eighth Ave, 11th Floor
New York, NY 10018**
Creditor's mailing address

**Describe the lien**
**Business Loan UCC#202001180762**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **The Business Backer** | Describe debtor's property that is subject to a lien | $40,889.10 | $7,934.00 |
|---|---|---|---|---|
| | Creditor's Name | **Brick pavers, Stone Blocks, Block Wall, Coping, Bullnose Slate,Pallets** | | |

**10856 Reed Hartman
Highway
Ste 100
Marietta, GA 30067**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 3

Debtor    **Orlando Brick Pavers LLC**                              Case number (if known)
          _____
          Name

| Creditor's mailing address | **Describe the lien** |
|---|---|
| | **Business Loan - UCC #202200271997 (Blanket)** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| **3/24/21** | ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H) |
| **Last 4 digits of account number** | |
| **1264** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $240,546.84

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Capital Resources Internatl**<br>**25852 McBean Pkwy**<br>**Ste 801**<br>**Valencia, CA 91355** | Line  **2.3** | |
| **Graydon Law Firm**<br>**7570 Bales Street, Ste 220**<br>**West Chester, OH 45069** | Line  **2.5** | |
| **Lorium Law**<br>**101 NE 3rd Ave, Ste 1800**<br>**Fort Lauderdale, FL 33301** | Line  **2.1** | |
| **Mateer & Harbert, PA**<br>**225 E. Robinson St**<br>**Ste 600**<br>**Orlando, FL 32802** | Line  **2.2** | |
| **Robert W. Johnson, Esquire**<br>**The Johnson Law Office, P.C.**<br>**9118 Third Avenue**<br>**Brooklyn, NY 11209** | Line  **2.4** | |
| **Web Bank**<br>**215 S State Street, Ste 1000**<br>**Salt Lake City, UT 84111** | Line  **2.2** | |

**Fill in this information to identify the case:**

Debtor name __**Orlando Brick Pavers LLC**__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Adam Billens** | ■ Contingent | |
| | **1126 North Hampton** | ■ Unliquidated | |
| | **Orlando, FL 32803** | ■ Disputed | |
| | Date(s) debt was incurred __11/8/2021__ | Basis for the claim: __Any and all Claims__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Adam Feller** | ■ Contingent | |
| | **15331 Pebble Ridge Street** | ■ Unliquidated | |
| | **Winter Garden, FL 34787** | ■ Disputed | |
| | Date(s) debt was incurred __10/13/2021__ | Basis for the claim: __Any and all Claims__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Adam Lee** | ■ Contingent | |
| | **2680 Rangeley Court** | ■ Unliquidated | |
| | **Orlando, FL 32835** | ■ Disputed | |
| | Date(s) debt was incurred __7/8/2022__ | Basis for the claim: __Any and all Claims__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Alicia and Rich Lerner** | ■ Contingent | |
| | **89 Robin Nest Drive** | ■ Unliquidated | |
| | **Oviedo, FL 32765** | ■ Disputed | |
| | Date(s) debt was incurred __6/30/2021__ | Basis for the claim: __Any and all Claims__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **Orlando Brick Pavers LLC**
_____
Name

Case number (if known) _____

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,483.35** |

**All Clear Bobcat, Inc.**
**4951 Lacaya Way**
**Orlando, FL 32808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-2022**

Last 4 digits of account number ____

Basis for the claim:  **Land Clearing Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Allan Weatherford**
**1025 Hanging Vine Point**
**Longwood, FL 32750**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  **5/20/2021**

Last 4 digits of account number ____

Basis for the claim:  **Any and all Claims**

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Amanda Lister**
**1712 Wycliffe Drive**
**Orlando, FL 32803**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  **10/13/21**

Last 4 digits of account number ____

Basis for the claim:  **Any and all Claims**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Amber Blondin**
**1449 Fairway Oaks**
**Casselberry, FL 32707**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  **12/17/2021**

Last 4 digits of account number ____

Basis for the claim:  **Any and all Claims**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,339.70** |

**American Builders Insurance**
**A Stock Company**
**PO Box 723099**
**Atlanta, GA 31139-0099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/27/2022**

Last 4 digits of account number  **3003**

Basis for the claim:  **General Liability Business Insurance Policy**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,764.89** |

**American Express**
**PO Box 650448**
**Dallas, TX 75265-0448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/9/2018**

Last 4 digits of account number  **1005**

Basis for the claim:  **Business Credit Card**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,352.33** |

**Angelo's Recycled Materials**
**855 28th Street South**
**Saint Petersburg, FL 33712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various 2022**

Last 4 digits of account number  **6371**

Basis for the claim:  **Business Expense**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Orlando Brick Pavers LLC** | | Case number (if known) | |
| | Name | | | |

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| | **Asheley Rigoulot** | ■ Contingent | |
| | **8900 Lake Hall Lane** | ■ Unliquidated | |
| | **Oviedo, FL 32765** | ■ Disputed | |
| | Date(s) debt was incurred  9/7/2021 | Basis for the claim:  **Any and all Claims** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,812.74** |
| | **Auto-Owners Insurance** | ☐ Contingent | |
| | **PO Box 740312** | ☐ Unliquidated | |
| | **Cincinnati, OH 45274-0312** | ☐ Disputed | |
| | Date(s) debt was incurred  **July and August 2022** | Basis for the claim:  **Insurance Premiums** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| | **Ayana Washington** | ■ Contingent | |
| | **2742 Sand Oak Loop** | ■ Unliquidated | |
| | **Apopka, FL 32712** | ■ Disputed | |
| | Date(s) debt was incurred  8/28/2021 | Basis for the claim:  **Any and all Claims** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| | **Barbara Poleo** | ■ Contingent | |
| | **1081 Killaloe Terrace** | ■ Unliquidated | |
| | **Oviedo, FL 32766** | ■ Disputed | |
| | Date(s) debt was incurred  4/18/2022 | Basis for the claim:  **Any and all Claims** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ■ Yes | |

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| | **Ben Kennerly** | ■ Contingent | |
| | **220 West Reading Way** | ■ Unliquidated | |
| | **Winter Park, FL 32789** | ■ Disputed | |
| | Date(s) debt was incurred  11/12/21 | Basis for the claim:  **Any and all Claims** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$585.75** |
| | **Blurock Ventures Lease** | ☐ Contingent | |
| | **3408 S Orange Ave** | ■ Unliquidated | |
| | **Orlando, FL 32806** | ■ Disputed | |
| | Date(s) debt was incurred  **June 2022** | Basis for the claim:  **Any and all Claims** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| | **Brian Barrett** | ■ Contingent | |
| | **1404 Anna Catherine Dr** | ■ Unliquidated | |
| | **Orlando, FL 32828** | ■ Disputed | |
| | Date(s) debt was incurred  4/27/22 | Basis for the claim:  **Any and all Claims** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

9/13/22 1:24AM

Debtor   **Orlando Brick Pavers LLC**                                    Case number *(if known)* _____
         _____
         Name

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Brian Payor**
**1326 Fountain Coin Loop**
**Orlando, FL 32828**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **11/29/2021**

Last 4 digits of account number  _

Basis for the claim:  **Any and all Claims**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Cami Engle**
**1675 Golf Garden Way**
**Apopka, FL 32712**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **3/28/2022**

Last 4 digits of account number  _

Basis for the claim:  **Any and all Claims**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,035.55** |

**Capital One**
**PO Box 60589**
**City of Industry, CA 91716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/14/2022**

Last 4 digits of account number  **9087**

Basis for the claim:  **Business Credit Card**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,724.75** |

**Carla Landsberg**
**1239 Newcastle Drive**
**Orlando, FL 32806**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **7/26/2022**

Last 4 digits of account number  _

Basis for the claim:  **Deposit; Any and all Claims; Cancelled Contract**

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Carmen Rivera**
**2069 Beacon Landing**
**Orlando, FL 32824**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **3/26/2022**

Last 4 digits of account number  _

Basis for the claim:  **Any and all Claims**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Carolyn Menacker**
**1410 Mayfield Ave**
**Winter Park, FL 32789**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **6/8/2022**

Last 4 digits of account number  _

Basis for the claim:  **Any and All Claims**

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,037.78** |

**Charles Morgan**
**13930 Fox Glove Street**
**Winter Garden, FL 34787**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/22/2022**

Last 4 digits of account number  _

Basis for the claim:  **Deposit; Any and All Claims**

Is the claim subject to offset? ☐ No  ■ Yes

---

9/13/22  1:24AM

Debtor   **Orlando Brick Pavers LLC**                          Case number (if known) _____

Name

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Chris & Natalie Loulan**
**1242 Madelena Avenue**
**Winter Springs, FL 32708**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **4/13/2021**

Basis for the claim:  **Any and all Claims**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Chris Adams**
**6803 Lunar Lane**
**Orlando, FL 32812**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/5/2021**

Basis for the claim:  **Any and all Claims**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Chuck Greif**
**4121 Edgewater Drive**
**Orlando, FL 32804**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **5/6/2022**

Basis for the claim:  **Any and all Claims**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Cindy Molle**
**10509 Bellfry Circle**
**Orlando, FL 32832**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **11/16/2021**

Basis for the claim:  **Any and all Claims**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$425.00** |

**Comforthouse**
**2450 Titan Row**
**Orlando, FL 32809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Dumpster in Yard at 580 Fairvilla Rd**

Last 4 digits of account number  **3390**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Cory & Lakira Bogler**
**1263 Ocklawaha Drive**
**Orlando, FL 32828**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **5/24/2021**

Basis for the claim:  **Any and all Claims**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Cory Weathers**
**10756 Kabbage Tree Loop**
**Orlando, FL 32825**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **5/11/2022**

Basis for the claim:  **Any and all Claims**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

9/13/22  1:24AM

Debtor    **Orlando Brick Pavers LLC**                                Case number *(if known)* _____
              Name

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Cristiana Tineo**
**610 Glastonbury Drive**
**Orlando, FL 32825**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  12/7/2021

Basis for the claim:  Any and all Claims

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Dan Ryan**
**2327 Ekana Drive**
**Oviedo, FL 32765**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  6/19/21

Basis for the claim:  Any and all claims

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Danny Sardue**
**1610 King Arthur Circle**
**Maitland, FL 32751**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  1/13/2022

Basis for the claim:  Any and all Claims

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Dave Solomon**
**7105 Caloosa Ct**
**Orlando, FL 32819**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  5/11/2022

Basis for the claim:  Any and All Claims

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**David Mitchell**
**9533 Baycliff Ct**
**Orlando, FL 32835**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  12/30/21

Basis for the claim:  Any and all claims

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Debbie Workman**
**2400 McIntosh Way**
**Maitland, FL 32751**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  1/28/2022

Basis for the claim:  Any and all Claims

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Deborah Barra**
**9142 San Ambrosio Drive**
**Orlando, FL 32836**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  5/7/2021

Basis for the claim:  Any and all claims

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ■ Yes

---

9/13/22  1:24AM

Debtor    **Orlando Brick Pavers LLC**

Case number *(if known)* _____

Name

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Designs by Sandra**
**PO Box 120415**
**Clermont, FL 34712**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  **2021-2022**

Basis for the claim:  **Any and all Claims**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Desiree Blanco**
**2426 Runyon Circle**
**Orlando, FL 32837**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  **9/28/21**

Basis for the claim:  **Any and all Claims**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dolia Erlansoa**
**642 Knighthawk Circle**
**Winter Springs, FL 32708**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  **5/20/22**

Basis for the claim:  **Any and all Claims**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ed McDonald**
**131 Blue Stone Circle**
**Winter Garden, FL 34787**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  **7/28/22**

Basis for the claim:  **Any and all Claims**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,924.47** |
|---|---|---|---|

**Eric Scinto**
**994 Wellington Ave**
**Oviedo, FL 32765**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **3/22/2022**

Basis for the claim:  **Deposit; Any and all claims**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Erin Koscisco**
**2644 Tree Meadow Loop**
**Apopka, FL 32712**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  **7/8/2021**

Basis for the claim:  **Any and all Claims**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$350.00** |
|---|---|---|---|

**Express Trucking of**
**Central FL, Inc.**
**14610 Brightwell Ct**
**Orlando, FL 32824**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2021-2020**

Basis for the claim:  **Business Trucking Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Orlando Brick Pavers LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Francesca Agostino** | ■ Contingent | |
| | **67 West Muriel Street** | ■ Unliquidated | |
| | **Orlando, FL 32806** | ■ Disputed | |
| | Date(s) debt was incurred **5/25/2021** | | |
| | Last 4 digits of account number __ | Basis for the claim: **Any and all Claims** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,250.00** |
|---|---|---|---|
| | **Frederick Hilmer** | ■ Contingent | |
| | **6112 Orange Hill Ct** | ■ Unliquidated | |
| | **Orlando, FL 32819** | ☐ Disputed | |
| | Date(s) debt was incurred **4/15/2022** | | |
| | Last 4 digits of account number __ | Basis for the claim: **Deposit; Any and All Claims** | |
| | | Is the claim subject to offset? ☐ No ■ Yes | |

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$67,511.34** |
|---|---|---|---|
| | **Fundbox, Ltd.** | ☐ Contingent | |
| | **6900 Dallas Pkwy, Ste 700** | ☐ Unliquidated | |
| | **Denison, TX 75021** | ☐ Disputed | |
| | Date(s) debt was incurred **9/8/2021** | | |
| | Last 4 digits of account number **0581** | Basis for the claim: **Business Loan** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Gabrielle Brandley** | ■ Contingent | |
| | **1576 Myrtle Oaks Trail** | ■ Unliquidated | |
| | **Oviedo, FL 32765** | ■ Disputed | |
| | Date(s) debt was incurred **2/10/2022** | | |
| | Last 4 digits of account number __ | Basis for the claim: **Any and all Claims** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Gaby Guicciradi** | ■ Contingent | |
| | **1518 Shadow Moss Circle** | ■ Unliquidated | |
| | **Lake Mary, FL 32746** | ■ Disputed | |
| | Date(s) debt was incurred **9/29/21** | | |
| | Last 4 digits of account number __ | Basis for the claim: **Any and all Claims** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Gary Gerstemeier** | ■ Contingent | |
| | **596 Sand Wedge Loop** | ■ Unliquidated | |
| | **Apopka, FL 32712** | ■ Disputed | |
| | Date(s) debt was incurred **2/7/2022** | | |
| | Last 4 digits of account number __ | Basis for the claim: **Any and all Claims** | |
| | | Is the claim subject to offset? ☐ No ■ Yes | |

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Gentry** | ■ Contingent | |
| | **1613 Wonderland Way** | ■ Unliquidated | |
| | **Kissimmee, FL 34746** | ■ Disputed | |
| | Date(s) debt was incurred **9/11/2021** | | |
| | Last 4 digits of account number __ | Basis for the claim: **Any and all Claims** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

9/13/22  1:24AM

Debtor    **Orlando Brick Pavers LLC**
_____
    Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**George Crousillat**
**15119 Canoe Place**
**Winter Garden, FL 34787**

Date(s) debt was incurred  **3/22/2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Any and all Claims**

Is the claim subject to offset? □ No ■ Yes

**Unknown**

---

| 3.55 | **Nonpriority creditor's name and mailing address** |

**George Mavrofrides Trust**
**1107 E Washington St**
**Orlando, FL 32801**

Date(s) debt was incurred  **January 2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
□ Unliquidated
□ Disputed

Basis for the claim:  **Lease Agreement dated January 1, 2022**

Is the claim subject to offset? ■ No □ Yes

**Unknown**

---

| 3.56 | **Nonpriority creditor's name and mailing address** |

**Gina Eljuri**
**1274 Celebration Ave**
**Kissimmee, FL 34747**

Date(s) debt was incurred  **5/9/22**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Any and all Claims**

Is the claim subject to offset? ■ No □ Yes

**Unknown**

---

| 3.57 | **Nonpriority creditor's name and mailing address** |

**Glen Hurly**
**7023 Wright Ave**
**Mount Dora, FL 32757**

Date(s) debt was incurred  **3/14/2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Any and all Claims**

Is the claim subject to offset? ■ No □ Yes

**Unknown**

---

| 3.58 | **Nonpriority creditor's name and mailing address** |

**Glen Kossin**
**752 Powderhorn Circle**
**Lake Mary, FL 32746**

Date(s) debt was incurred  **6/22/2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Any and all Claims**

Is the claim subject to offset? ■ No □ Yes

**Unknown**

---

| 3.59 | **Nonpriority creditor's name and mailing address** |

**Greg Van Choyke**
**503 Cedar Lane**
**Lake Mary, FL 32746**

Date(s) debt was incurred  **12/22/2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Any and All Claims**

Is the claim subject to offset? □ No ■ Yes

**Unknown**

---

| 3.60 | **Nonpriority creditor's name and mailing address** |

**Home Depot**
**PO Box 790340**
**Saint Louis, MO 63179**

Date(s) debt was incurred  **8/5/2022**

Last 4 digits of account number  **0234**

As of the petition filing date, the claim is: *Check all that apply.*

□ Contingent
□ Unliquidated
■ Disputed

Basis for the claim:  **Credit Card - Identity Theft Reported to Home Depot**

Is the claim subject to offset? ■ No □ Yes

**$1,683.61**

---

9/13/22  1:24AM

Debtor    **Orlando Brick Pavers LLC**
_____    Case number (if known) _____
Name

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Hugh Normile**
**2606 E Church Street**
**Orlando, FL 32801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/6/2021**

Last 4 digits of account number __

Basis for the claim:  **Any and all Claims**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Ida Thomas**
**8431 Sunsprite Court**
**Orlando, FL 32818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/1/2020**

Last 4 digits of account number __

Basis for the claim:  **Any and all Claims**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,529.19** |

**J.D. Runner**
**1510 Casa Rio Drive**
**Orlando, FL 32825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/22/2022**

Last 4 digits of account number __

Basis for the claim:  **Any and All Claims**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jacquiline Marks**
**4393 Silver Creek Street**
**Kissimmee, FL 34744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/28/2021**

Last 4 digits of account number __

Basis for the claim:  **Any and all Claims**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**James Summa**
**60 Country Club Rd**
**Cocoa Beach, FL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/15/2022**

Last 4 digits of account number __

Basis for the claim:  **Any and all Claims**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Janie Garrett**
**3006 Lake Arnald**
**Orlando, FL 32806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/8/2021**

Last 4 digits of account number __

Basis for the claim:  **Any and all Claims**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Jason Barnett**
**2103 Alaqua Lake Blvd**
**Longwood, FL 32779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/3/2021**

Last 4 digits of account number __

Basis for the claim:  **Any and all Claims**

Is the claim subject to offset? ☐ No  ☐ Yes

---

9/13/22 1:24AM

| Debtor | **Orlando Brick Pavers LLC** | | Case number (if known) | |
| | Name | | | |

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jean Florell**
**8624 Bay Hill Blvd**
**Orlando, FL 32819**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  12/27/2020

Last 4 digits of account number __

**Basis for the claim:**  Any and all Claims

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00** |

**Jeff Bellomo**
**120 Valmiere Path**
**York, PA 17403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Loan

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jeff Trentadue**
**14438 Dover Forest Drive**
**Orlando, FL 32828**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  11/17/21

Last 4 digits of account number __

**Basis for the claim:**  Any and all claims

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jennifer Horner**
**517 Cortana Drive**
**Orlando, FL 32828**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  4/20/2022

Last 4 digits of account number __

**Basis for the claim:**  Any and all Claims

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jeuses Morfa**
**3133 Queen Alexander Drive**
**Kissimmee, FL 34744**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  2/11/2022

Last 4 digits of account number __

**Basis for the claim:**  Any and all Claims

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Joanne Veliz**
**2925 Waumpi Trail**
**Maitland, FL 32751**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  3/3/21

Last 4 digits of account number __

**Basis for the claim:**  Any and all Claims

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Joe Logan**
**1721 Palm Ave**
**Winter Park, FL 32789**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  12/8/2021

Last 4 digits of account number __

**Basis for the claim:**  Any and all Claims

Is the claim subject to offset? ■ No  ☐ Yes

---

9/13/22 1:24AM

Debtor **Orlando Brick Pavers LLC**                              Case number *(if known)* _____

Name

| | | |
|---|---|---|
| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Joe Peterson**
**1603 E Kaley Ave**
**Orlando, FL 32806**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  **9/29/2021**

Basis for the claim:  **Any and all Claims**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**John Calabrese**
**10724 Fly Cast Circle**
**Orlando, FL 32825**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  **5/12/2022**

Basis for the claim:  **Any and all Claims**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,657.00** |

**John Gambrell**
**2040 Lake Drive**
**Winter Park, FL 32789**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **4/15/2022**

Basis for the claim:  **Deposit; Any and all Claims**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,750.00** |

**John Munsch**
**1868 Janic Loop**
**Apopka, FL 32712**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2/23/2022**

Basis for the claim:  **Deposit; Any and all Claims**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Jonathan and Ashley Bennett**
**2134 Forest Club Drive**
**Orlando, FL 32804**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  **10/28/21**

Basis for the claim:  **Any and all Claims**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Jose Diaz**
**330 Hunters Point Court**
**Longwood, FL 32779**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **11/4/2020**

Basis for the claim:  **Any and all Claims**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Josh Billingsly**
**1633 Wind Harbor Road**
**Orlando, FL 32809**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  **12/2/2021**

Basis for the claim:  **Any and all Claims**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Orlando Brick Pavers LLC**                                Case number (if known) _____
_____
            Name

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Joyce Gossett**
**1695 Gulf Garden Way**
**Apopka, FL 32712**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  __11/2/2021__

Last 4 digits of account number _

Basis for the claim:  __Any and all Claims__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$961.45** |

**JP Morgan Chase Bank**
**3415 Vision Dr.**
**Columbus, OH 43219**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  __July__

Last 4 digits of account number _

Basis for the claim:  __Overdraft Checking Account__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Juan Camacho**
**3286 Stratton Circle**
**Kissimmee, FL 34744**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  __7/29/2021__

Last 4 digits of account number _

Basis for the claim:  __Any and all Claims__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Justin Hough**
**14074 Gullstand Ave**
**Orlando, FL 32827**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  __January 2022__

Last 4 digits of account number _

Basis for the claim:  __Any and all claims__

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Justin Menezes**
**2219 Walnut Street**
**Orlando, FL 32806**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  __10/30/2021__

Last 4 digits of account number _

Basis for the claim:  __Any and all Claims__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$27,968.92** |

**Kabbage**
**925B Peachtree St NE, #1688**
**Atlanta, GA 30309**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  __10/25/2021__

Last 4 digits of account number  __3800__

Basis for the claim:  __Business Loan__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Karen Altizer**
**754 Powderhorn Circle**
**Lake Mary, FL 32746**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred  __6/22/2021__

Last 4 digits of account number _

Basis for the claim:  __Any and all Claims__

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Orlando Brick Pavers LLC**                                    Case number *(if known)* _____
_____
Name

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Kelly Sroka**
**13786 Beauregard Place**
**Orlando, FL 32837**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

Basis for the claim:  **Any and all Claims**

Is the claim subject to offset?  □ No  ■ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Kevin Edmonds**
**1705 Lorena LN**
**Orlando, FL 32806**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2/15/2022**

Last 4 digits of account number  _

Basis for the claim:  **Any and all Claims**

Is the claim subject to offset?  □ No  ■ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Lania Loizides**
**670 Post Oak Circle**
**Altamonte Springs, FL 32701**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **3/4/2022**

Last 4 digits of account number  _

Basis for the claim:  **Any and all Claims**

Is the claim subject to offset?  □ No  ■ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$144,406.08** |

**Larry Cramer**
**328 Clarks Way**
**York, PA 17403**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Loan**

Is the claim subject to offset?  ■ No  □ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Larry Spack**
**800 Lockridge Ct**
**Orlando, FL 32835**

■ Contingent
■ Unliquidated
□ Disputed

Date(s) debt was incurred  **10/20/21**

Last 4 digits of account number  _

Basis for the claim:  **Any and all Claims**

Is the claim subject to offset?  ■ No  □ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,338.03** |

**Laura Cascio**
**7 Celia Lane**
**Orlando, FL 32803**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **7/15/21**

Last 4 digits of account number  _

Basis for the claim:  **Deposit; Any and all Claims; Cancelled Contract**

Is the claim subject to offset?  □ No  ■ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,857.77** |

**Lending Point**
**1201 Robert Blvd, Ste 200**
**Kennesaw, GA 30144**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  **11/2/2018**

Last 4 digits of account number  **8332**

Basis for the claim:  **Business Loan**

Is the claim subject to offset?  ■ No  □ Yes

---

| Debtor | **Orlando Brick Pavers LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.96**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Leslie Bloise**
**12526 Faraday Lane**
**Orlando, FL 32827** | ■ Contingent
■ Unliquidated
□ Disputed | |
| Date(s) debt was incurred **9/22/2021** | Basis for the claim: **Any and all Claims** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No □ Yes | |

---

**3.97**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Liliana Montalvan**
**15625 Greater Trail**
**Clermont, FL 34711** | ■ Contingent
■ Unliquidated
■ Disputed | |
| Date(s) debt was incurred **5/5/21** | Basis for the claim: **Any and All Claims** | |
| Last 4 digits of account number __ | Is the claim subject to offset? □ No ■ Yes | |

---

**3.98**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Linda Anthon**
**1209 Palmer Street**
**Orlando, FL 32801** | ■ Contingent
■ Unliquidated
■ Disputed | |
| Date(s) debt was incurred **3/8/2022** | Basis for the claim: **Any and all Claims** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No □ Yes | |

---

**3.99**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Linda Bowler**
**13350 Falcon Pointe Drive**
**Orlando, FL 32837** | ■ Contingent
■ Unliquidated
■ Disputed | |
| Date(s) debt was incurred **10/6/2021** | Basis for the claim: **Any and all Claims** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No □ Yes | |

---

**3.100**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Lisa Moyer**
**754 Riverbay Court**
**Longwood, FL 32779** | ■ Contingent
■ Unliquidated
■ Disputed | |
| Date(s) debt was incurred **5/18/2021** | Basis for the claim: **Any and All Claims** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No □ Yes | |

---

**3.101**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Lisa Pirillo**
**3018 Ash Park Point**
**Winter Park, FL 32789** | ■ Contingent
■ Unliquidated
■ Disputed | |
| Date(s) debt was incurred **5/25/2022** | Basis for the claim: **Any and all claims** | |
| Last 4 digits of account number __ | Is the claim subject to offset? □ No ■ Yes | |

---

**3.102**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,813.28** |
|---|---|---|
| **Margie Brozanski**
**2013 Lake Crescent Ct**
**Winter Garden, FL 34787** | ■ Contingent
■ Unliquidated
□ Disputed | |
| Date(s) debt was incurred **5/25/2022** | Basis for the claim: **Deposit - Any and all Claims** | |
| Last 4 digits of account number __ | Is the claim subject to offset? □ No ■ Yes | |

---

9/13/22  1:24AM

Debtor    **Orlando Brick Pavers LLC**                                          Case number *(if known)* _____

Name

| | |
|---|---|
| 3.103 | |

**Nonpriority creditor's name and mailing address**
**Mark Cassidy**
**11810 Fiore Drive**
**Orlando, FL 32827**

Date(s) debt was incurred  **2/9/2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*                                        **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Any and all Claims**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.104 | |

**Nonpriority creditor's name and mailing address**
**Mark LaSalle**
**448 Yearling Cove Loop**
**Apopka, FL 32703**

Date(s) debt was incurred  **2/22/2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*                                        **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Any and all claims**

Is the claim subject to offset? ☐ No  ■ Yes

---

| | |
|---|---|
| 3.105 | |

**Nonpriority creditor's name and mailing address**
**Maxine Risper**
**540 Ventour Ave**
**Orlando, FL 32805**

Date(s) debt was incurred  **8/10/2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*                                        **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Any and all Claims**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.106 | |

**Nonpriority creditor's name and mailing address**
**Melissa Barry**
**1605 Woodland Ave**
**Winter Park, FL 32789**

Date(s) debt was incurred  **3/31/2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*                                        **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Any and all Claims**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.107 | |

**Nonpriority creditor's name and mailing address**
**Melvin Berstein**
**251 New Gate Loop**
**Lake Mary, FL 32746**

Date(s) debt was incurred  **3/13/2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*                                        **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Any and all Claims**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.108 | |

**Nonpriority creditor's name and mailing address**
**Michael Deen**
**1375 Suffolk Road**
**Winter Park, FL 32789**

Date(s) debt was incurred  **5/17/2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*                                        **$7,138.19**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit; Any and all Claims**

Is the claim subject to offset? ☐ No  ■ Yes

---

| | |
|---|---|
| 3.109 | |

**Nonpriority creditor's name and mailing address**
**Michael Jenner**
**1607 E. Jefferson St**
**Orlando, FL 32803**

Date(s) debt was incurred  **2/22/21**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*                                        **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Any and all claims**

Is the claim subject to offset? ☐ No  ■ Yes

---

9/13/22 1:24AM

Debtor    **Orlando Brick Pavers LLC**                                        Case number (if known) _____
_____
Name

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Michael Nunn**
**8029 Aspencrest Ct**
**Orlando, FL 32835**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  __11/2/21__

**Basis for the claim:**  __Any and all Claims__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Michael Snyder**
**1837 Ballie Glass Lane**
**Orlando, FL 32835**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  __5/13/2022__

**Basis for the claim:**  __Any and all Claims__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Micheal Valentine**
**4920 Waterside Point Cir**
**Orlando, FL 32829**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  __6/28/21__

**Basis for the claim:**  __Any and all Claims__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Michelle Lewin**
**4495 Twin View Lane**
**Orlando, FL 32814**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  __12/3/2021__

**Basis for the claim:**  __Any and all Claims__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Michelle Rauktis**
**80 Loudoun Court**
**Maitland, FL 32751**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  __1/13/21__

**Basis for the claim:**  __Any and all Claims__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19,800.00** |

**Michigan Place Holdings, LLC**
**3525 Raeford Rd**
**Orlando, FL 32806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __7/30/21__

**Basis for the claim:**  __Loan__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Mike Keese**
**6998 Mount Plymouth Road**
**Apopka, FL 32712**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  __11/4/2021__

**Basis for the claim:**  __Any and all Claims__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Orlando Brick Pavers LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Mike Milne**
**1724 Lake Roberts Ct**
**Winter Garden, FL 34787**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  3/16/2022

Basis for the claim:  Any and all Claims

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Mitchell Hanson**
**1252 Foxden Road**
**Apopka, FL 32712**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  9/28/2021

Basis for the claim:  Any and all Claims

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |
|---|---|---|---|

**Mulligan Stump Grinding Inc.**
**24903 E Colonial Drive**
**Christmas, FL 32709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  July 2022

Basis for the claim:  Services

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nancy and Pete Castaing**
**736 Powderhorn Circle**
**Lake Mary, FL 32746**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  8/18/2021

Basis for the claim:  Any and all Claims

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nathan Fitzpatrick**
**653 Park Lake Street**
**Orlando, FL 32803**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  1/7/2022

Basis for the claim:  Any and all Claims

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nicole Horlacher**
**1610 Cumbie Ave**
**Orlando, FL 32804**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  1/18/2022

Basis for the claim:  Any and all Claims

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Norman Hooten**
**9722 Sweetleaf Street**
**Orlando, FL 32827**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  3/17/2022

Basis for the claim:  Any and all Claims

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Orlando Brick Pavers LLC**

Name                                                    Case number (if known)

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,401.98** |

**Oldcastle Coastal**
**PO Box 281479**
**Atlanta, GA 30384-1479**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-2022**

Basis for the claim:  **Business Product**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Olu Aduloju**
**12413 Woodberry Cove**
**Orlando, FL 32828**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **5/19/22**

Basis for the claim:  **Any and all Claims**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,285.00** |

**Parker Brothers Trucking Inc**
**713 Governors Avenue**
**Orlando, FL 32808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-2022**

Basis for the claim:  **Business Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Patty Goonen**
**2010 Marquesas Ct**
**Windermere, FL 34786**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **4/9/2022**

Basis for the claim:  **Any and all Claims**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Paul Bertram**
**1461 Fairway Oaks Drive**
**Casselberry, FL 32707**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **5/21/22**

Basis for the claim:  **Any and all Claims**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Paul Durant**
**3 Heather Green Ct**
**Ocoee, FL 34761**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/28/21**

Basis for the claim:  **Any and all claims**

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**PD Price**
**2114 Laurel Wood Way**
**Winter Park, FL 32789**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/16/2021**

Basis for the claim:  **Any and all Claims**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Orlando Brick Pavers LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.131** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Peter Wang
3215 Deer Chase Run
Longwood, FL 32779

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  12/22/2020

Basis for the claim:  Any and all Claims

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Phillips
2318 Summerfield Drive
Winter Park, FL 32792

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  12/22/2021

Basis for the claim:  Any and all Claims

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,850.00**

Primose Construction Company
3525 Reaford Road
Orlando, FL 32806

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  2021-2022

Basis for the claim:  Permitting Services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Randy Keegan
2609 Lakemoor Drive
Orlando, FL 32828

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  7/30/21

Basis for the claim:  Any and all claims

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.135** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Randy Long
634 West Palm Vally Drive
Oviedo, FL 32765

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  3/15/2022

Basis for the claim:  Any and all Claims

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.136** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Ray Lavelle
675 Mossy Branch Ct
Longwood, FL 32779

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  4/13/2022

Basis for the claim:  Any and all Claims

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,900.00**

Rebecca Cramer
4230 Northern Dancer Way
Orlando, FL 32826

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Loan to Business

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

9/13/22  1:24AM

Debtor    **Orlando Brick Pavers LLC**
_____
Name

Case number (if known) _____

---

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Rebecca Estreet**
**1119 Woodbind Street**
**Casselberry, FL 32730**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  11/25/2021

**Basis for the claim:**  **Any and all Claims**

Last 4 digits of account number _

Is the claim subject to offset? □ No  ■ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Rex Straw**
**447 East Bridge Drive**
**Oviedo, FL 32765**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  5/7/21

**Basis for the claim:**  **Any and all Claims**

Last 4 digits of account number _

Is the claim subject to offset? □ No  ■ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Robin Goranson**
**738 Powderhorn Circle**
**Lake Mary, FL 32746**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  8/17/21

**Basis for the claim:**  **Any and all Claims**

Last 4 digits of account number _

Is the claim subject to offset? □ No  ■ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ron Gates**
**760 Powderhorn Circle**
**Apopka, FL 32703**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  6/22/2021

**Basis for the claim:**  **Any and all Claims**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Rosa Workman**
**12424 Woodbury Cove Drive**
**Orlando, FL 32828**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  9/27/2021

**Basis for the claim:**  **Any and all Claims**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Rose McGee**
**7741 Dryden Way**
**Orlando, FL 32818**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  12/12/21

**Basis for the claim:**  **Any and all Claims**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Rosie Davis**
**1210 North Park Ave**
**Winter Park, FL 32789**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  12/20/2021

**Basis for the claim:**  **Any and all Claims**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  □ Yes

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 21 of 27

9/13/22 1:24AM

Debtor **Orlando Brick Pavers LLC**                                  Case number (if known) _____
_____
Name

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Royal Harbor**
**5950 Royal Harbor**
**Tavares, FL**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  6/22/2022

Basis for the claim:  **Any and all Claims**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,249.00** |

**RSVP Orlando**
**641 W. Fairbanks Ave, # 220**
**Winter Park, FL 32789**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  2022

Basis for the claim:  **Marketing**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Ryan Houser**
**1225 Hunterman Lane**
**Winter Garden, FL 34787**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  10/1/2021

Basis for the claim:  **Any and all Claims**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Ryan Schutt**
**14562 Tanja King Blvd**
**Orlando, FL 32828**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  8/9/21

Basis for the claim:  **Any and all Claims**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Sara Dechmerowski**
**2784 River Ridge Dr**
**Orlando, FL 32825**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  8/27/21

Basis for the claim:  **Any and All Claims**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,451.42** |

**Sara Podgurski**
**2419 S Brown Ave**
**Orlando, FL 32806**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  3/21/2022

Basis for the claim:  **Deposit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Sheila Walaszek**
**5302 Chiswick Circle**
**Orlando, FL 32812**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  11/4/2021

Basis for the claim:  **Any and all Claims**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Orlando Brick Pavers LLC**                                    Case number *(if known)* _____

     Name

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Shelly Abrams**
**119 Peace River Ct**
**Groveland, FL 34736**

Date(s) debt was incurred  **3/30/22**

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Any and all Claims**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Sherri Misturak**
**710 East Central Blvd**
**Orlando, FL 32801**

Date(s) debt was incurred  **9/21/21**

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Any and all claims**

Is the claim subject to offset? ☐ No  ☑ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Sherry Riley**
**1414 E Ridgewood Street**
**Orlando, FL 32803**

Date(s) debt was incurred  **6/30/21**

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Any and All Claims**

Is the claim subject to offset? ☐ No  ☑ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Silla Leonardo Giubilei**
**309 Cornwall Road**
**Winter Park, FL 32792**

Date(s) debt was incurred  **2/20/2021**

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Any and all Claims**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Skipper Millens**
**14712 Eagle Crossing Drrive**
**Orlando, FL 32837**

Date(s) debt was incurred  **12/28/21**

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Any and all Claims**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$960.98** |

**Southwest Recovery Services**
**16200 Addison Rd., Ste 260**
**Addison, TX 75001**

Date(s) debt was incurred  **10/2019**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business Services**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Stephanie Fried**
**255 Osceola Ct**
**Winter Park, FL 32789**

Date(s) debt was incurred  **12/18/21**

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Any and all Claims**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor   **Orlando Brick Pavers LLC**
_____   Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

3.159
**Nonpriority creditor's name and mailing address**
**Stephanie Roach**
**1206 Latta Lane**
**Orlando, FL 32804**

Date(s) debt was incurred  6/8/2021

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Any and all Claims

Is the claim subject to offset? ■ No □ Yes

**Unknown**

---

3.160
**Nonpriority creditor's name and mailing address**
**Steve Jaffe**
**12937 Daughtery Drive**
**Winter Garden, FL 34787**

Date(s) debt was incurred  7/28/21

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Any and all Claims

Is the claim subject to offset? ■ No □ Yes

**Unknown**

---

3.161
**Nonpriority creditor's name and mailing address**
**Sunbelt Rentals**
**P.O. Box 409211**
**Atlanta, GA 30384**

Date(s) debt was incurred  2021-2022

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim:  Equipment Rental

Is the claim subject to offset? ■ No □ Yes

**$1,865.24**

---

3.162
**Nonpriority creditor's name and mailing address**
**Susan Hill**
**1370 Bridlebrook Drive**
**Casselberry, FL 32707**

Date(s) debt was incurred  1/30/2021

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Any and All Claims

Is the claim subject to offset? □ No ■ Yes

**Unknown**

---

3.163
**Nonpriority creditor's name and mailing address**
**Taz Crumpler**
**4522 Malik Cres Drive**
**Orlando, FL 32810**

Date(s) debt was incurred  7/8/2022

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Any and all Claims

Is the claim subject to offset? ■ No □ Yes

**Unknown**

---

3.164
**Nonpriority creditor's name and mailing address**
**Thomas Senniger**
**PO Box 120415**
**Clermont, FL 34712**

Date(s) debt was incurred  7/16/21

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Any and All Claims

Is the claim subject to offset? □ No ■ Yes

**Unknown**

---

3.165
**Nonpriority creditor's name and mailing address**
**Tim and Norma Ackert**
**915 Palm Drive**
**Orlando, FL 32803**

Date(s) debt was incurred  7/27/21

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Any and all Claims

Is the claim subject to offset? ■ No □ Yes

**Unknown**

---

9/13/22  1:24AM

Debtor   **Orlando Brick Pavers LLC**
_____   Case number (if known) _____
Name

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Tim DePalma**
**728 N Lake Formosa Drive**
**Orlando, FL 32803**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **7/13/2021**

Basis for the claim:  **Any and all Claims**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Tina Carroll**
**15532 Ave of the Arbors**
**Winter Garden, FL 34787**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **7/6/2022**

Basis for the claim:  **Any and all Claims**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Tracy Ewald**
**2465 Banchory**
**Winter Park, FL 32792**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **1/14/2021**

Basis for the claim:  **Any and all Claims**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,668.07** |

**Tremron LLC**
**PO Box 930134**
**Atlanta, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021- 2022**

Basis for the claim:  **Paver Product**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,641.10** |

**United Debt Settlement**
**240 w 37th St 4th**
**Ste 400**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Debt Relief Company**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,218.68** |

**US Paverscape**
**1735 SE Federal Hwy**
**Stuart, FL 34994**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-2022**

Basis for the claim:  **Paver Product: Claim of Lien Filed;**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Villas of Lake Eola**
**614 E Ridgewood Street**
**Orlando, FL 32803**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **11/9/2020**

Basis for the claim:  **Any and all Claims**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

9/13/22 1:24AM

Debtor   **Orlando Brick Pavers LLC**                                    Case number (if known) _____
Name

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,571.13** |

**Wex Bank**
P.O. Box 6293
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/23/18**

**Basis for the claim:**  **Business Credit Account**

Last 4 digits of account number  **0863**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Will Caton**
645 Mulberry Ave
FL 34707

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2/2/2022**

**Basis for the claim:**  **Any and all Claims**

Last 4 digits of account number _____

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**William Smith**
161 Hunters Trail
Longwood, FL 32750

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/6/21**

**Basis for the claim:**  **Any and all claims**

Last 4 digits of account number _____

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Wyneisha Barrett**
2745 Cullens Ct
Ocoee, FL 34761

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **5/7/21**

**Basis for the claim:**  **Any and All Claims**

Last 4 digits of account number _____

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,633.75** |

**Yelp**
140 New Montgomery St.
San Francisco, CA 94105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **May - July 2022**

**Basis for the claim:**  **Marketing**

Last 4 digits of account number _____

Is the claim subject to offset?  ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Commercial Collection Corp of New York** PO Box 288 Tonawanda, NY 14151 | Line  **3.161** ☐ Not listed. Explain ____ | _ |
| 4.2 | **Divine & Estes, Attorneys** P.O BOX 3629 Orlando, FL 32802-3629 | Line  **3.79** ☐ Not listed. Explain ____ | _ |

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 26 of 27

9/13/22  1:24AM

| Debtor | **Orlando Brick Pavers LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Lincoln & Morgan**<br>**600 W. Broadway, Ste 700**<br>**San Diego, CA 92101** | Line **3.87**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **North America Bank Card**<br>**250 Stephenson Hwy**<br>**Troy, MI 48083** | Line **3.157**<br><br>☐ Not listed. Explain ____ | **7008** |
| 4.5 | **Sequium Asset Solutions, LLC**<br>**1130 Northchase Parkway**<br>**Suite 150**<br>**Marietta, GA 30067** | Line **3.49**<br><br>☐ Not listed. Explain ____ | **0754** |
| 4.6 | **United Settlement LLC**<br>**241 West 30th St, 3rd Flr**<br>**New York, NY 10001** | Line **3.170**<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 520,497.52 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 520,497.52 |

9/13/22  1:24AM

**Fill in this information to identify the case:**

Debtor name    **Orlando Brick Pavers LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest    **Contract for Storage Yard** | |
| State the term remaining    **3 months** | **George Mavrofrides Trust**<br>**1107 E Washington St**<br>**Orlando, FL 32801** |
| List the contract number of any government contract    _____ | |

**Fill in this information to identify the case:**

Debtor name    **Orlando Brick Pavers LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**

Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Andrew Cramer** | **4230 Northern Dancer Way Orlando, FL 32826** | **Michigan Place Holdings, LLC** | ☐ D _____ <br> ■ E/F __3.115__ <br> ☐ G _____ |
| 2.2 | **Andrew Cramer** | **4230 Northern Dancer Way Orlando, FL 32826** | **For A Financial Advance** | ■ D __2.4__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Andrew Cramer** | **4230 Northern Dancer Way Orlando, FL 32826** | **Can Capital** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Andrew Cramer** | **4230 Northern Dancer Way Orlando, FL 32826** | **Fundbox, Ltd.** | ☐ D _____ <br> ■ E/F __3.49__ <br> ☐ G _____ |
| 2.5 | **Andrew Cramer** | **4230 Northern Dancer Way Orlando, FL 32826** | **The Business Backer** | ■ D __2.5__ <br> ☐ E/F _____ <br> ☐ G _____ |

9/13/22  1:24AM

Debtor    **Orlando Brick Pavers LLC**                                     Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | Andrew Cramer | 4230 Northern Dancer Way<br>Orlando, FL 32826 | Everest Business Funding | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Andrew Cramer | 4230 Northern Dancer Way<br>Orlando, FL 32826 | Balboa Capital Corp | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Andrew Cramer | 4230 Northern Dancer Way<br>Orlando, FL 32826 | Southwest Recovery Services | ☐ D _____<br>■ E/F __3.157__<br>☐ G _____ |
| 2.9 | Andrew Cramer | 4230 Northern Dancer Way<br>Orlando, FL 32826 | American Express | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.10 | Andrew Cramer | 4230 Northern Dancer Way<br>Orlando, FL 32826 | Capital One | ☐ D _____<br>■ E/F __3.21__<br>☐ G _____ |
| 2.11 | Andrew Cramer | 4230 Northern Dancer Way<br>Orlando, FL 32826 | Wex Bank | ☐ D _____<br>■ E/F __3.173__<br>☐ G _____ |
| 2.12 | Andrew Cramer | 4230 Northern Dancer Way<br>Orlando, FL 32826 | RSVP Orlando | ☐ D _____<br>■ E/F __3.146__<br>☐ G _____ |
| 2.13 | Andrew Cramer | 4230 Northern Dancer Way<br>Orlando, FL 32826 | Yelp | ☐ D _____<br>■ E/F __3.177__<br>☐ G _____ |

9/13/22 1:24AM

Debtor    **Orlando Brick Pavers LLC**

Case number *(if known)*

---

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                      *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.14 | Andrew Cramer | 4230 Northern Dancer Way Orlando, FL 32826 | Angelo's Recycled Materials | ☐ D _____  ■ E/F **3.11**  ☐ G _____ |
| 2.15 | Andrew Cramer | 4230 Northern Dancer Way Orlando, FL 32826 | Oldcastle Coastal | ☐ D _____  ■ E/F **3.124**  ☐ G _____ |
| 2.16 | Andrew Cramer | 4230 Northern Dancer Way Orlando, FL 32826 | US Paverscape | ☐ D _____  ■ E/F **3.171**  ☐ G _____ |
| 2.17 | Andrew Cramer | 4230 Northern Dancer Way Orlando, FL 32826 | George Mavrofrides Trust | ☐ D _____  ■ E/F **3.55**  ☐ G _____ |
| 2.18 | Andrew Cramer | 4230 Northern Dancer Way Orlando, FL 32826 | Kabbage | ☐ D _____  ■ E/F **3.87**  ☐ G _____ |
| 2.19 | Rebecca Cramer | 4230 Northern Dancer Way Orlando, FL 32826 | Can Capital | ■ D **2.2**  ☐ E/F _____  ☐ G _____ |
| 2.20 | Rebecca Cramer | 4230 Northern Dancer Way Orlando, FL 32826 | Lending Point | ☐ D _____  ■ E/F **3.95**  ☐ G _____ |
| 2.21 | Rebecca Cramer | 4230 Northern Dancer Way Orlando, FL 32826 | American Express | ☐ D _____  ■ E/F **3.10**  ☐ G _____ |

---

Official Form 206H                    Schedule H: Your Codebtors

Debtor    **Orlando Brick Pavers LLC**                                Case number *(if known)*   _____

▐ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.22  **Rebecca Cramer** | **4230 Northern Dancer Way**<br>**Orlando, FL 32826** | **Wex Bank** | ☐ D _____<br>■ E/F  **3.173**<br>☐ G _____ |
| 2.23  **Rebecca Cramer** | **4230 Northern Dancer Way**<br>**Orlando, FL 32826** | **Angelo's Recycled Materials** | ☐ D _____<br>■ E/F  **3.11**<br>☐ G _____ |
| 2.24  **Rebecca Cramer** | **4230 Northern Dancer Way**<br>**Orlando, FL 32826** | **Oldcastle Coastal** | ☐ D _____<br>■ E/F  **3.124**<br>☐ G _____ |
| 2.25  **Rebecca Cramer** | **4230 Northern Dancer Way**<br>**Orlando, FL 32826** | **For A Financial Advance** | ■ D  **2.4**<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **Orlando Brick Pavers LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From **1/01/2022** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$513,344.13** |
   | **For prior year:** From **1/01/2021** to **12/31/2021** | ■ Operating a business ☐ Other _____ | **$665,249.34** |
   | **For year before that:** From **1/01/2020** to **12/31/2020** | ■ Operating a business ☐ Other _____ | **$737,329.48** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|
   | **For year before that:** From **1/01/2020** to **12/31/2020** | **PPP - Loan Forgiveness** | **$7,905.00** |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    Orlando Brick Pavers LLC        Case number *(if known)*

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Balboa Capital Corporation v. Orlando Brick Pavers LLC, et. al.** 2022-CA-005237-O | **Collection of Judgment - Foreign Judgment Domesticated** | **Circuit Court Orange County Florida** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. **Can Capital Asset Servicing, Inc. v. Orlando Brick Pavers, LLC, et. al.** 2022-CC-011808-O | **Collection** | **Orange County County Court** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. **The Business Backer v. Orlando Brick Pavers, LLC** 2022 CV 03390 | **Collection** | **Court of Common Pleas, Montgomery County Ohio** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. **Carla Landsberg v. Orlando Brick Pavers, et. al.** 2022-SC-032124-O | **Breach of Contract** | **County Court, Orange County** | ■ Pending ☐ On appeal ☐ Concluded |

Debtor    **Orlando Brick Pavers LLC**                                      Case number *(if known)*

---

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**   **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

---

**Part 6:**   **Certain Payments or Transfers**

**11.** **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Nardella & Nardella PLLC 135 W Central Blvd Orlando, FL 32801** | **Consultation for and preparation of Bankruptcy Petition, Schedules and accompanying documents including associated costs.** | **July 26 and 27, 2022** | **$5,343.00** |
| | Email or website address **www.nardellalaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

---

**12.** **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13.** **Transfers not already listed on this statement**

9/13/22  1:24AM

Debtor    **Orlando Brick Pavers LLC**                                            Case number *(if known)*

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Ansellmo Gomez DeSugo** | **2005 TCTC Trailer - Sold for FMV** | **8/26/2022** | **$500.00** |
| | Relationship to debtor **None** | | | |

---

**Part 7:**    **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **593 Fairvilla Rd Orlando, FL 32808** | **August 2018 - August 2019** |

---

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor    **Orlando Brick Pavers LLC**                                          Case number *(if known)*

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | Orlando Brick Pavers LLC | | Case number *(if known)* | |
|---|---|---|---|---|

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Marnie Shoemaker**<br>**541 S. Orlando Ave, #300**<br>**Maitland, FL 32751** | **August 2018 -**<br>**Current** |
| 26a.2. | **Pam E. Saweikis**<br>**6517 Blanche Court**<br>**Orlando, FL 32818-5940** | **November 2018 -**<br>**April 2021** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Marnie Shoemaker**<br>**Schafer, Tschopp, Whitcomb**<br>**Mitchell & Sheridan LLP**<br>**541 S. Orlando Ave., #300**<br>**Maitland, FL 32751** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

9/13/22 1:24AM

| Debtor | Orlando Brick Pavers LLC | Case number *(if known)* | |

Name and address

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Andrew Cramer | 4230 Northern Dancer Way Orlando, FL 32826 | Managing Member - President | 100 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Rebecca Cramer | 4230 Northern Dancer Way Orlando, FL 32826 | Managing Member - Vice President | 0 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Larry Cramer | 328 Clarks Way York, PA 17403 | Secretary | March 2020 - August 2022 |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Rebecca Cramer 4230 Northern Dancer Way Orlando, FL 32826 | 1752.84 | 11/1/2021 | Reimbursement of Business Expense |
| | Relationship to debtor Managing Member | | | |
| 30.2. | Andrew Cramer 4230 Northern Dancer Way Orlando, FL 32826 | $18,852.76 | Various | Reimbursements and salary |
| | Relationship to debtor Managing Member | | | |

Debtor    **Orlando Brick Pavers LLC** _____    Case number *(if known)* _____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 13, 2022** _____

**/s/ Andrew Cramer** _____         **Andrew Cramer** _____
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **Managing Member** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Florida

In re    **Orlando Brick Pavers LLC**         Case No.

Debtor(s)        Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **September 13, 2022**         **/s/ Andrew Cramer**

**Andrew Cramer**/**Managing Member**
Signer/Title

.

Orlando Brick Pavers LLC
2480 East Michigan St., Ste 204
Orlando, FL 32806

Amber Blondin
1449 Fairway Oaks
Casselberry, FL 32707

Barbara Poleo
1081 Killaloe Terrace
Oviedo, FL 32766

Cynthia E. Lewis
Nardella & Nardella, PLLC
135 W. Central Blvd. Ste 300
Orlando, FL 32801

American Builders Insurance
A Stock Company
PO Box 723099
Atlanta, GA 31139-0099

Ben Kennerly
220 West Reading Way
Winter Park, FL 32789

Adam Billens
1126 North Hampton
Orlando, FL 32803

American Express
PO Box 650448
Dallas, TX 75265-0448

Blurock Ventures Lease
3408 S Orange Ave
Orlando, FL 32806

Adam Feller
15331 Pebble Ridge Street
Winter Garden, FL 34787

Andrew Cramer
4230 Northern Dancer Way
Orlando, FL 32826

Brian Barrett
1404 Anna Catherine Dr
Orlando, FL 32828

Adam Lee
2680 Rangeley Court
Orlando, FL 32835

Angelo's Recycled Materials
855 28th Street South
Saint Petersburg, FL 33712

Brian Payor
1326 Fountain Coin Loop
Orlando, FL 32828

Alicia and Rich Lerner
89 Robin Nest Drive
Oviedo, FL 32765

Asheley Rigoulot
8900 Lake Hall Lane
Oviedo, FL 32765

Cami Engle
1675 Golf Garden Way
Apopka, FL 32712

All Clear Bobcat, Inc.
4951 Lacaya Way
Orlando, FL 32808

Auto-Owners Insurance
PO Box 740312
Cincinnati, OH 45274-0312

Can Capital
2015 Vaughn Rd. NW
Bldg. 500
Kennesaw, GA 30144

Allan Weatherford
1025 Hanging Vine Point
Longwood, FL 32750

Ayana Washington
2742 Sand Oak Loop
Apopka, FL 32712

Capital One
PO Box 60589
City of Industry, CA 91716

Amanda Lister
1712 Wycliffe Drive
Orlando, FL 32803

Balboa Capital Corp
575 Anton Blvd, 12th Flr
Costa Mesa, CA 92626

Capital Resources Internatl
25852 McBean Pkwy
Ste 801
Valencia, CA 91355

Orlando Brick Pavers LLC -

Carla Landsberg
1239 Newcastle Drive
Orlando, FL 32806

Commercial Collection
Corp of New York
PO Box 288
Tonawanda, NY 14151

Deborah Barra
9142 San Ambrosio Drive
Orlando, FL 32836

Carmen Rivera
2069 Beacon Landing
Orlando, FL 32824

Cory & Lakira Bogler
1263 Ocklawaha Drive
Orlando, FL 32828

Designs by Sandra
PO Box 120415
Clermont, FL 34712

Carolyn Menacker
1410 Mayfield Ave
Winter Park, FL 32789

Cory Weathers
10756 Kabbage Tree Loop
Orlando, FL 32825

Desiree Blanco
2426 Runyon Circle
Orlando, FL 32837

Charles Morgan
13930 Fox Glove Street
Winter Garden, FL 34787

Cristiana Tineo
610 Glastonbury Drive
Orlando, FL 32825

Divine & Estes, Attorneys
P.O BOX 3629
Orlando, FL 32802-3629

Chris & Natalie Loulan
1242 Madelena Avenue
Winter Springs, FL 32708

Dan Ryan
2327 Ekana Drive
Oviedo, FL 32765

Dolia Erlansoa
642 Knighthawk Circle
Winter Springs, FL 32708

Chris Adams
6803 Lunar Lane
Orlando, FL 32812

Danny Sardue
1610 King Arthur Circle
Maitland, FL 32751

Ed McDonald
131 Blue Stone Circle
Winter Garden, FL 34787

Chuck Greif
4121 Edgewater Drive
Orlando, FL 32804

Dave Solomon
7105 Caloosa Ct
Orlando, FL 32819

Eric Scinto
994 Wellington Ave
Oviedo, FL 32765

Cindy Molle
10509 Bellfry Circle
Orlando, FL 32832

David Mitchell
9533 Baycliff Ct
Orlando, FL 32835

Erin Koscisco
2644 Tree Meadow Loop
Apopka, FL 32712

Comforthouse
2450 Titan Row
Orlando, FL 32809

Debbie Workman
2400 McIntosh Way
Maitland, FL 32751

Everest Business Funding
8200 NW 52nd Terr., 2nd Flr
Miami, FL 33166

Orlando Brick Pavers LLC -

Express Trucking of
Central FL, Inc.
14610 Brightwell Ct
Orlando, FL 32824

George Crousillat
15119 Canoe Place
Winter Garden, FL 34787

Ida Thomas
8431 Sunsprite Court
Orlando, FL 32818

For A Financial Advance
519 Eighth Ave, 11th Floor
New York, NY 10018

George Mavrofrides Trust
1107 E Washington St
Orlando, FL 32801

J.D. Runner
1510 Casa Rio Drive
Orlando, FL 32825

Francesca Agostino
67 West Muriel Street
Orlando, FL 32806

Gina Eljuri
1274 Celebration Ave
Kissimmee, FL 34747

Jacquiline Marks
4393 Silver Creek Street
Kissimmee, FL 34744

Frederick Hilmer
6112 Orange Hill Ct
Orlando, FL 32819

Glen Hurly
7023 Wright Ave
Mount Dora, FL 32757

James Summa
60 Country Club Rd
Cocoa Beach, FL

Fundbox, Ltd.
6900 Dallas Pkwy, Ste 700
Denison, TX 75021

Glen Kossin
752 Powderhorn Circle
Lake Mary, FL 32746

Janie Garrett
3006 Lake Arnald
Orlando, FL 32806

Gabrielle Brandley
1576 Myrtle Oaks Trail
Oviedo, FL 32765

Graydon Law Firm
7570 Bales Street, Ste 220
West Chester, OH 45069

Jason Barnett
2103 Alaqua Lake Blvd
Longwood, FL 32779

Gaby Guicciradi
1518 Shadow Moss Circle
Lake Mary, FL 32746

Greg Van Choyke
503 Cedar Lane
Lake Mary, FL 32746

Jean Florell
8624 Bay Hill Blvd
Orlando, FL 32819

Gary Gerstemeier
596 Sand Wedge Loop
Apopka, FL 32712

Home Depot
PO Box 790340
Saint Louis, MO 63179

Jeff Bellomo
120 Valmiere Path
York, PA 17403

Gentry
1613 Wonderland Way
Kissimmee, FL 34746

Hugh Normile
2606 E Church Street
Orlando, FL 32801

Jeff Trentadue
14438 Dover Forest Drive
Orlando, FL 32828

Orlando Brick Pavers LLC -

Jennifer Horner
517 Cortana Drive
Orlando, FL 32828

Jose Diaz
330 Hunters Point Court
Longwood, FL 32779

Kelly Sroka
13786 Beauregard Place
Orlando, FL 32837

Jeuses Morfa
3133 Queen Alexander Drive
Kissimmee, FL 34744

Josh Billingsly
1633 Wind Harbor Road
Orlando, FL 32809

Kevin Edmonds
1705 Lorena LN
Orlando, FL 32806

Joanne Veliz
2925 Waumpi Trail
Maitland, FL 32751

Joyce Gossett
1695 Gulf Garden Way
Apopka, FL 32712

Lania Loizides
670 Post Oak Circle
Altamonte Springs, FL 32701

Joe Logan
1721 Palm Ave
Winter Park, FL 32789

JP Morgan Chase Bank
3415 Vision Dr.
Columbus, OH 43219

Larry Cramer
328 Clarks Way
York, PA 17403

Joe Peterson
1603 E Kaley Ave
Orlando, FL 32806

Juan Camacho
3286 Stratton Circle
Kissimmee, FL 34744

Larry Spack
800 Lockridge Ct
Orlando, FL 32835

John Calabrese
10724 Fly Cast Circle
Orlando, FL 32825

Justin Hough
14074 Gullstand Ave
Orlando, FL 32827

Laura Cascio
7 Celia Lane
Orlando, FL 32803

John Gambrell
2040 Lake Drive
Winter Park, FL 32789

Justin Menezes
2219 Walnut Street
Orlando, FL 32806

Lending Point
1201 Robert Blvd, Ste 200
Kennesaw, GA 30144

John Munsch
1868 Janic Loop
Apopka, FL 32712

Kabbage
925B Peachtree St NE, #1688
Atlanta, GA 30309

Leslie Bloise
12526 Faraday Lane
Orlando, FL 32827

Jonathan and Ashley Bennett
2134 Forest Club Drive
Orlando, FL 32804

Karen Altizer
754 Powderhorn Circle
Lake Mary, FL 32746

Liliana Montalvan
15625 Greater Trail
Clermont, FL 34711

Orlando Brick Pavers LLC -

Lincoln & Morgan
600 W. Broadway, Ste 700
San Diego, CA 92101

Mateer & Harbert, PA
225 E. Robinson St
Ste 600
Orlando, FL 32802

Michelle Lewin
4495 Twin View Lane
Orlando, FL 32814

Linda Anthon
1209 Palmer Street
Orlando, FL 32801

Maxine Risper
540 Ventour Ave
Orlando, FL 32805

Michelle Rauktis
80 Loudoun Court
Maitland, FL 32751

Linda Bowler
13350 Falcon Pointe Drive
Orlando, FL 32837

Melissa Barry
1605 Woodland Ave
Winter Park, FL 32789

Michigan Place Holdings, LLC
3525 Raeford Rd
Orlando, FL 32806

Lisa Moyer
754 Riverbay Court
Longwood, FL 32779

Melvin Berstein
251 New Gate Loop
Lake Mary, FL 32746

Mike Keese
6998 Mount Plymouth Road
Apopka, FL 32712

Lisa Pirillo
3018 Ash Park Point
Winter Park, FL 32789

Michael Deen
1375 Suffolk Road
Winter Park, FL 32789

Mike Milne
1724 Lake Roberts Ct
Winter Garden, FL 34787

Lorium Law
101 NE 3rd Ave, Ste 1800
Fort Lauderdale, FL 33301

Michael Jenner
1607 E. Jefferson St
Orlando, FL 32803

Mitchell Hanson
1252 Foxden Road
Apopka, FL 32712

Margie Brozanski
2013 Lake Crescent Ct
Winter Garden, FL 34787

Michael Nunn
8029 Aspencrest Ct
Orlando, FL 32835

Mulligan Stump Grinding Inc.
24903 E Colonial Drive
Christmas, FL 32709

Mark Cassidy
11810 Fiore Drive
Orlando, FL 32827

Michael Snyder
1837 Ballie Glass Lane
Orlando, FL 32835

Nancy and Pete Castaing
736 Powderhorn Circle
Lake Mary, FL 32746

Mark LaSalle
448 Yearling Cove Loop
Apopka, FL 32703

Micheal Valentine
4920 Waterside Point Cir
Orlando, FL 32829

Nathan Fitzpatrick
653 Park Lake Street
Orlando, FL 32803

Orlando Brick Pavers LLC -

Nicole Horlacher
1610 Cumbie Ave
Orlando, FL 32804

PD Price
2114 Laurel Wood Way
Winter Park, FL 32789

Rex Straw
447 East Bridge Drive
Oviedo, FL 32765

Norman Hooten
9722 Sweetleaf Street
Orlando, FL 32827

Peter Wang
3215 Deer Chase Run
Longwood, FL 32779

Robert W. Johnson, Esquire
The Johnson Law Office, P.C.
9118 Third Avenue
Brooklyn, NY 11209

North America Bank Card
250 Stephenson Hwy
Troy, MI 48083

Phillips
2318 Summerfield Drive
Winter Park, FL 32792

Robin Goranson
738 Powderhorn Circle
Lake Mary, FL 32746

Oldcastle Coastal
PO Box 281479
Atlanta, GA 30384-1479

Primose Construction Company
3525 Reaford Road
Orlando, FL 32806

Ron Gates
760 Powderhorn Circle
Apopka, FL 32703

Olu Aduloju
12413 Woodberry Cove
Orlando, FL 32828

Randy Keegan
2609 Lakemoor Drive
Orlando, FL 32828

Rosa Workman
12424 Woodbury Cove Drive
Orlando, FL 32828

Parker Brothers Trucking Inc
713 Governors Avenue
Orlando, FL 32808

Randy Long
634 West Palm Vally Drive
Oviedo, FL 32765

Rose McGee
7741 Dryden Way
Orlando, FL 32818

Patty Goonen
2010 Marquesas Ct
Windermere, FL 34786

Ray Lavelle
675 Mossy Branch Ct
Longwood, FL 32779

Rosie Davis
1210 North Park Ave
Winter Park, FL 32789

Paul Bertram
1461 Fairway Oaks Drive
Casselberry, FL 32707

Rebecca Cramer
4230 Northern Dancer Way
Orlando, FL 32826

Royal Harbor
5950 Royal Harbor
Tavares, FL

Paul Durant
3 Heather Green Ct
Ocoee, FL 34761

Rebecca Estreet
1119 Woodbind Street
Casselberry, FL 32730

RSVP Orlando
641 W. Fairbanks Ave, # 220
Winter Park, FL 32789

Orlando Brick Pavers LLC -

Ryan Houser
1225 Hunterman Lane
Winter Garden, FL 34787

Silla Leonardo Giubilei
309 Cornwall Road
Winter Park, FL 32792

The Business Backer
10856 Reed Hartman Highway
Ste 100
Marietta, GA 30067

Ryan Schutt
14562 Tanja King Blvd
Orlando, FL 32828

Skipper Millens
14712 Eagle Crossing Drrive
Orlando, FL 32837

Thomas Senniger
PO Box 120415
Clermont, FL 34712

Sara Dechmerowski
2784 River Ridge Dr
Orlando, FL 32825

Southwest Recovery Services
16200 Addison Rd., Ste 260
Addison, TX 75001

Tim and Norma Ackert
915 Palm Drive
Orlando, FL 32803

Sara Podgurski
2419 S Brown Ave
Orlando, FL 32806

Stephanie Fried
255 Osceola Ct
Winter Park, FL 32789

Tim DePalma
728 N Lake Formosa Drive
Orlando, FL 32803

Sequium Asset Solutions, LLC
1130 Northchase Parkway
Suite 150
Marietta, GA 30067

Stephanie Roach
1206 Latta Lane
Orlando, FL 32804

Tina Carroll
15532 Ave of the Arbors
Winter Garden, FL 34787

Sheila Walaszek
5302 Chiswick Circle
Orlando, FL 32812

Steve Jaffe
12937 Daughtery Drive
Winter Garden, FL 34787

Tracy Ewald
2465 Banchory
Winter Park, FL 32792

Shelly Abrams
119 Peace River Ct
Groveland, FL 34736

Sunbelt Rentals
P.O. Box 409211
Atlanta, GA 30384

Tremron LLC
PO Box 930134
Atlanta, GA 31193

Sherri Misturak
710 East Central Blvd
Orlando, FL 32801

Susan Hill
1370 Bridlebrook Drive
Casselberry, FL 32707

United Debt Settlement
240 w 37th St 4th
Ste 400
New York, NY 10018

Sherry Riley
1414 E Ridgewood Street
Orlando, FL 32803

Taz Crumpler
4522 Malik Cres Drive
Orlando, FL 32810

United Settlement LLC
241 West 30th St, 3rd Flr
New York, NY 10001

Orlando Brick Pavers LLC -

US  Paverscape
1735  SE  Federal  Hwy
Stuart, FL 34994

Villas  of  Lake  Eola
614  E  Ridgewood  Street
Orlando, FL 32803

Web  Bank
215  S  State  Street,  Ste  1000
Salt Lake City, UT 84111

Wex  Bank
P.O.  Box  6293
Carol Stream, IL 60197

Will  Caton
645  Mulberry  Ave
FL 34707

William  Smith
161  Hunters  Trail
Longwood, FL 32750

Wyneisha  Barrett
2745  Cullens  Ct
Ocoee, FL 34761

Yelp
140  New  Montgomery  St.
San Francisco, CA 94105

9/13/22  1:24AM

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Orlando Brick Pavers LLC**

Debtor(s)

Case No.

Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2.  $  **313.00**   of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 13, 2022**

*Date*

**/s/ Cynthia E. Lewis**
**Cynthia E. Lewis 53076**
*Signature of Attorney*
**Nardella & Nardella, PLLC**
**135 W. Central Blvd. Ste 300**
**Orlando, FL 32801**
**407-872-7447  Fax: 407-246-0008**
**Clewis@nardellalaw.com**
*Name of law firm*

# United States Bankruptcy Court
## Middle District of Florida

In re   **Orlando Brick Pavers LLC**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Orlando Brick Pavers LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 13, 2022**

Date

**/s/ Cynthia E. Lewis**

**Cynthia E. Lewis 53076**

Signature of Attorney or Litigant

Counsel for   **Orlando Brick Pavers LLC**

**Nardella & Nardella, PLLC**

**135 W. Central Blvd. Ste 300**
**Orlando, FL 32801**
**407-872-7447 Fax:407-246-0008**
**Clewis@nardellalaw.com**