UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Orlando Brick Pavers LLC, | ) | Case No. 6:22-bk-03295-LVV |
| | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |

REPORT AND NOTICE OF TRUSTEE'S
INTENTION TO ABANDON PROPERTY OF THE ESTATE

TO:          All Interested Parties

FROM:     Lori Patton, Trustee

Pursuant to 11 U.S.C. §554, and F.R.B.P. 6007, notice is hereby given of the abandonment

of all right, title and interest in the property described below:

Tangible property described as other inventory or supplies: Brick pavers, Stone Blocks, Block Wall, Coping, Bullnose Slate, Pallets, Various Desks, Chairs, Cabinets.  Craftsman Storage Shed, pressure washer. Computers and Printers. Forklift, Pallet Forks, Skid Steer, Bobcat.  Website: www.orlandobrickpavers.com and email address: obp@orlandobrickpavers.com.  ("Property").

---

NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at United States Bankruptcy Court, 400 W. Washington St, Ste. 5100, Orlando, FL  32801 within fourteen (14) days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing.  If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

---

The Property is being abandoned for the following reasons:

1.      The Property is subject to a lien which is equal to or greater than its value or the

Property is of nominal value to the Estate.

2.      Further administration of the Property is burdensome to the Estate.

I HEREBY CERTIFY that a true copy of the foregoing Notice was furnished via Electronic

Notice or First-Class United States Mail, postage prepaid, on October 12, 2022 to all persons on

the current mailing matrix attached to the original of this document.

/s/ Lori Patton
Lori Patton, Esquire
377 Maitland Ave, Ste. 1002
Altamonte Springs, FL 32701
Phone: (407) 937-0936

Label Matrix for local noticing
113A-6
Case 6:22-bk-03295-LVV
Middle District of Florida
Orlando
Wed Oct 12 14:20:45 EDT 2022

Robert H. Ewald
Ewald Auctions, Inc.
12472 Lake Underhill Rd.
Suite 312
Orlando, FL 32828-7144

Orlando Brick Pavers LLC
2480 East Michigan St., Ste 204
Orlando, FL 32806-5060

Adam Billens
1126 North Hampton
Orlando, FL 32803-3415

Adam Feller
15331 Pebble Ridge Street
Winter Garden, FL 34787-4637

Adam Lee
2680 Rangeley Court
Orlando, FL 32835-6171

Alicia and Rich Lerner
89 Robin Nest Drive
Oviedo, FL 32765-8506

All Clear Bobcat, Inc.
4951 Lacaya Way
Orlando, FL 32808-1654

Allan Weatherford
1025 Hanging Vine Point
Longwood, FL 32750-5719

Amanda Lister
1712 Wycliffe Drive
Orlando, FL 32803-1932

Amber Blondin
1449 Fairway Oaks
Casselberry, FL 32707-5162

American Builders Insurance
A Stock Company
PO Box 723099
Atlanta, GA 31139-0099

American Express
PO Box 650448
Dallas, TX 75265-0448

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Andrew Cramer
4230 Northern Dancer Way
Orlando, FL 32826-4293

Angelo's Recycled Materials
855 28th Street South
Saint Petersburg, FL 33712-1916

Asheley Rigoulot
8900 Lake Hall Lane
Oviedo, FL 32765-5280

Auto-Owners Insurance
PO Box 740312
Cincinnati, OH 45274-0312

Ayana Washington
2742 Sand Oak Loop
Apopka, FL 32712-1437

Balboa Capital Corp
575 Anton Blvd, 12th Flr
Costa Mesa, CA 92626-7685

Barbara Poleo
1081 Killaloe Terrace
Oviedo, FL 32766-8413

Ben Kennerly
220 West Reading Way
Winter Park, FL 32789-6052

Blurock Ventures Lease
3408 S Orange Ave
Orlando, FL 32806-6265

Brian Barrett
1404 Anna Catherine Dr
Orlando, FL 32828-7405

Brian Payor
1326 Fountain Coin Loop
Orlando, FL 32828-5004

Cami Engle
1675 Golf Garden Way
Apopka, FL 32712-2177

Can Capital
2015 Vaughn Rd. NW
Bldg. 500
Kennesaw, GA 30144-7831

Capital One
PO Box 60589
City of Industry, CA 91716-0589

Capital Resources Internatl
25852 McBean Pkwy
Ste 801
Valencia, CA 91355-2004

Carla Landsberg
1239 Newcastle Drive
Orlando, FL 32806-1727

Carmen Rivera
2069 Beacon Landing
Orlando, FL 32824-4373

Carolyn Menacker
1410 Mayfield Ave
Winter Park, FL 32789-2005

Charles Morgan
13930 Fox Glove Street
Winter Garden, FL 34787-4672

Chris & Natalie Loulan
1242 Madelena Avenue
Winter Springs, FL 32708-4863

Chris Adams
6803 Lunar Lane
Orlando, FL 32812-3822

Chuck Greif
4121 Edgewater Drive
Orlando, FL 32804-2204

Cindy Molle
10509 Bellfry Circle
Orlando, FL 32832-6305

Comforthouse
2450 Titan Row
Orlando, FL 32809-6946

Commercial Collection
Corp of New York
PO Box 288
Tonawanda, NY 14151-0288

Cory & Lakira Bogler
1263 Ocklawaha Drive
Orlando, FL 32828-5222

Cory Weathers
10756 Kabbage Tree Loop
Orlando, FL 32825-8875

Cristiana Tineo
610 Glastonbury Drive
Orlando, FL 32825-3703

Dan Ryan
2327 Ekana Drive
Oviedo, FL 32765-5800

Danny Sardue
1610 King Arthur Circle
Maitland, FL 32751-5818

Dave Solomon
7105 Caloosa Ct
Orlando, FL 32819-5041

David Mitchell
9533 Baycliff Ct
Orlando, FL 32836-5758

Debbie Workman
2400 McIntosh Way
Maitland, FL 32751-4005

Deborah Barra
9142 San Ambrosio Drive
Orlando, FL 32836-5336

Designs by Sandra
PO Box 120415
Clermont, FL 34712-0415

Desiree Blanco
2426 Runyon Circle
Orlando, FL 32837-5201

Divine & Estes, Attorneys
P.O BOX 3629
Orlando, FL 32802-3629

Dolia Erlansoa
642 Knighthawk Circle
Winter Springs, FL 32708-2398

Ed McDonald
131 Blue Stone Circle
Winter Garden, FL 34787-5222

Eric P. Scinto
994 Wellington Ave
Oviedo, FL 32765-8172

Eric Scinto
994 Wellington Ave
Oviedo, FL 32765-8172

Erin Koscisco
2644 Tree Meadow Loop
Apopka, FL 32712-6617

Everest Business Funding
8200 NW 52nd Terr., 2nd Flr
Miami, FL 33166-7852

Express Trucking of
Central FL, Inc.
14610 Brightwell Ct
Orlando, FL 32824-6430

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

For A Financial Advance
519 Eighth Ave, 11th Floor
New York, NY 10018-4581

Francesca Agostino
67 West Muriel Street
Orlando, FL 32806-3951

Frederick Hilmer
6112 Orange Hill Ct
Orlando, FL 32819-4954

Fundbox, Ltd.
6900 Dallas Pkwy, Ste 700
Denison, TX 75021

Gabrielle Brandley
1576 Myrtle Oaks Trail
Oviedo, FL 32765-9518

Gaby Guicciradi
1518 Shadow Moss Circle
Lake Mary, FL 32746-4426

Gary Gerstemeier
596 Sand Wedge Loop
Apopka, FL 32712-6054

Gentry
1613 Wonderland Way
Kissimmee, FL 34746-7279

George Crousillat
15119 Canoe Place
Winter Garden, FL 34787-4559

George Mavrofrides Trust
1107 E Washington St
Orlando, FL 32801-2127

Gina Eljuri
1274 Celebration Ave
Kissimmee, FL 34747-4300

Glen Hurly
7023 Wright Ave
Mount Dora, FL 32757-7129

Glen Kossin
752 Powderhorn Circle
Lake Mary, FL 32746-5117

Graydon Law Firm
7570 Bales Street, Ste 220
West Chester, OH 45069-0004

Greg Van Choyke
503 Cedar Lane
Lake Mary, FL 32746-3693

Home Depot
PO Box 790340
Saint Louis, MO 63179-0340

Hugh Normile
2606 E Church Street
Orlando, FL 32803-6303

Ida Thomas
8431 Sunsprite Court
Orlando, FL 32818-5692

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

J.D. Runner
1510 Casa Rio Drive
Orlando, FL 32825-8206

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Jacquiline Marks
4393 Silver Creek Street
Kissimmee, FL 34744-9285

James Summa
60 Country Club Rd
Cocoa Beach, FL 32931-2002

Janie Garrett
3006 Lake Arnald
Orlando, FL 32806-1644

Jason Barnett
2103 Alaqua Lake Blvd
Longwood, FL 32779-3206

Jean Florell
8624 Bay Hill Blvd
Orlando, FL 32819-4824

Jeff Bellomo
120 Valmiere Path
York, PA 17403-4565

Jeff Trentadue
14438 Dover Forest Drive
Orlando, FL 32828-7808

Jennifer Horner
517 Cortana Drive
Orlando, FL 32828-6750

Jeuses Morfa
3133 Queen Alexander Drive
Kissimmee, FL 34744-9103

Joanne Veliz
2925 Waumpi Trail
Maitland, FL 32751-5111

Joe Logan
1721 Palm Ave
Winter Park, FL 32789-1650

Joe Peterson
1603 E Kaley Ave
Orlando, FL 32806-3139

John B. Gambrell
2040 Lake Drive
2040 Lake Drive
Winter Park, FL 32789-2838

John Calabrese
10724 Fly Cast Circle
Orlando, FL 32825-4876

John Gambrell
2040 Lake Drive
Winter Park, FL 32789-2838

John Munsch
1868 Janic Loop
Apopka, FL 32712-5812

Jonathan and Ashley Bennett
2134 Forest Club Drive
Orlando, FL 32804-6508

Jose Diaz
330 Hunters Point Court
Longwood, FL 32779-2201

Josh Billingsly
1633 Wind Harbor Road
Orlando, FL 32809-6843

Joyce Gossett
1695 Gulf Garden Way
Apopka, FL 32712-2177

Juan Camacho
3286 Stratton Circle
Kissimmee, FL 34744-4838

Justin Hough
14074 Gullstand Ave
Orlando, FL 32827-7961

Justin Menezes
2219 Walnut Street
Orlando, FL 32806-1564

Kabbage
925B Peachtree St NE, #1688
Atlanta, GA 30309-3918

Kabbage, Inc.
925B Peachtree Street NE, Suite 470
Atlanta, GA 30309-3918

Karen Altizer
754 Powderhorn Circle
Lake Mary, FL 32746-5117

Kelly Sroka
13786 Beauregard Place
Orlando, FL 32837-7670

Kevin Edmonds
1705 Lorena LN
Orlando, FL 32806-1519

Lania Loizides
670 Post Oak Circle
Altamonte Springs, FL 32701-6390

Larry Cramer
328 Clarks Way
York, PA 17403-4780

Larry Spack
800 Lockridge Ct
Orlando, FL 32835

Laura Cascio
7 Celia Lane
Orlando, FL 32803-5909

Lending Point
1201 Robert Blvd, Ste 200
Kennesaw, GA 30144-3612

Leslie Bloise
12526 Faraday Lane
Orlando, FL 32827-7641

Liliana Montalvan
15625 Greater Trail
Clermont, FL 34711-8178

Lincoln & Morgan
600 W. Broadway, Ste 700
San Diego, CA 92101-3370

Linda Anthon
1209 Palmer Street
Orlando, FL 32801-4118

Linda Bowler
13350 Falcon Pointe Drive
Orlando, FL 32837-5323

Lisa Moyer
754 Riverbay Court
Longwood, FL 32779-2335

Lisa Pirillo
3018 Ash Park Point
Winter Park, FL 32792-8135

Lorium Law
101 NE 3rd Ave, Ste 1800
Fort Lauderdale, FL 33301-1252

Margie Brozanski
2013 Lake Crescent Ct
Winter Garden, FL 34787

Mark Cassidy
11810 Fiore Drive
Orlando, FL 32827-7140

Mark LaSalle
448 Yearling Cove Loop
Apopka, FL 32703-1659

Mateer & Harbert, PA
225 E. Robinson St
Ste 600
Orlando, FL 32801-4325

Maxine Risper
540 Ventour Ave
Orlando, FL 32805-1360

Melissa Barry
1605 Woodland Ave
Winter Park, FL 32789-2774

Melvin Berstein
251 New Gate Loop
Lake Mary, FL 32746-4127

Michael Deen
1375 Suffolk Road
Winter Park, FL 32789-5529

Michael Jenner
1607 E. Jefferson St
Orlando, FL 32803-5919

Michael Nunn
8029 Aspencrest Ct
Orlando, FL 32835-6836

Michael Snyder
1837 Ballie Glass Lane
Orlando, FL 32835-5170

Micheal Valentine
4920 Waterside Point Cir
Orlando, FL 32829-7236

Michelle Lewin
4495 Twin View Lane
Orlando, FL 32814-6058

Michelle Rauktis
80 Loudoun Court
Maitland, FL 32751-5550

Michigan Place Holdings, LLC
3525 Raeford Rd
Orlando, FL 32806-5750

Mike Keese
6998 Mount Plymouth Road
Apopka, FL 32712-5214

Mike Milne
1724 Lake Roberts Ct
Winter Garden, FL 34787

Mitchell Hanson
1252 Foxden Road
Apopka, FL 32712-3002

Mulligan Stump Grinding Inc.
24903 E Colonial Drive
Christmas, FL 32709-9602

Nancy and Pete Castaing
736 Powderhorn Circle
Lake Mary, FL 32746-5113

Nathan Fitzpatrick
653 Park Lake Street
Orlando, FL 32803-3927

Nicole Horlacher
1610 Cumbie Ave
Orlando, FL 32804-4340

Norman Hooten
9722 Sweetleaf Street
Orlando, FL 32827-6813

North America Bank Card
250 Stephenson Hwy
Troy, MI 48083-1117

Oldcastle Coastal
PO Box 281479
Atlanta, GA 30384-1479

Olu Aduloju
12413 Woodberry Cove
Orlando, FL 32828-7116

PD Price
2114 Laurel Wood Way
Winter Park, FL 32792-3153

Parker Brothers Trucking Inc
713 Governors Avenue
Orlando, FL 32808-7639

Parker Brothers Trucking Inc.
713 Governors Ave
713 Governors Ave
Orlando, FL 32808-7639

Patty Goonen
2010 Marquesas Ct
Windermere, FL 34786

Paul Bertram
1461 Fairway Oaks Drive
Casselberry, FL 32707-5162

Paul Durant
3 Heather Green Ct
Ocoee, FL 34761-4721


Peter Wang
3215 Deer Chase Run
Longwood, FL 32779-3175

Phillips
2318 Summerfield Drive
Winter Park, FL 32792-5009

Primose Construction Company
3525 Reaford Road
Orlando, FL 32806-5750


RSVP Orlando
641 W. Fairbanks Ave, # 220
Winter Park, FL 32789-4770

Randy Keegan
2609 Lakemoor Drive
Orlando, FL 32828-7688

Randy Long
634 West Palm Vally Drive
Oviedo, FL 32765-9215


Ray Lavelle
675 Mossy Branch Ct
Longwood, FL 32779-2638

Rebecca Cramer
4230 Northern Dancer Way
Orlando, FL 32826-4293

Rebecca Estreet
1119 Woodbind Street
Casselberry, FL 32730-2929


Rex Straw
447 East Bridge Drive
Oviedo, FL 32765-8494

Robert W. Johnson, Esquire
The Johnson Law Office, P.C.
9118 Third Avenue
Brooklyn, NY 11209-5743

Robin Goranson
738 Powderhorn Circle
Lake Mary, FL 32746-5113


Ron Gates
760 Powderhorn Circle
Apopka, FL 32703

Rosa Workman
12424 Woodbury Cove Drive
Orlando, FL 32828-7116

Rose McGee
7741 Dryden Way
Orlando, FL 32818-8757


Rosie Davis
1210 North Park Ave
Winter Park, FL 32789-2542

Royal Harbor
5950 Royal Harbor
Tavares, FL 32778-9270

Ryan Houser
1225 Hunterman Lane
Winter Garden, FL 34787-4854


Ryan Schutt
14562 Tanja King Blvd
Orlando, FL 32828-4802

Sara Dechmerowski
2784 River Ridge Dr
Orlando, FL 32825-8772

Sara Podgurski
2419 S Brown Ave
Orlando, FL 32806-4803


Seminole County Tax Collector
Post Office Box 630
Sanford FL 32772-0630

(p)SEQUIUM ASSET SOLUTIONS  LLC
1130 NORTHCHASE PKWY
SUITE 150
MARIETTA GA 30067-6429

Sheila Walaszek
5302 Chiswick Circle
Orlando, FL 32812-2115


Shelly Abrams
119 Peace River Ct
Groveland, FL 34736-8113

Sherri Misturak
710 East Central Blvd
Orlando, FL 32801-2919

Sherry Riley
1414 E Ridgewood Street
Orlando, FL 32803-5449

Silla Leonardo Giubilei
309 Cornwall Road
Winter Park, FL 32792-4304

Skipper Millens
14712 Eagle Crossing Drrive
Orlando, FL 32837-6923

Southwest Recovery Services
16200 Addison Rd., Ste 260
Addison, TX 75001-5423


Stephanie Fried
255 Osceola Ct
Winter Park, FL 32789-4400

Stephanie Roach
1206 Latta Lane
Orlando, FL 32804-6380

Steve Jaffe
12937 Daughtery Drive
Winter Garden, FL 34787-6516


Sunbelt Rentals
P.O. Box 409211
Atlanta, GA 30384-9211

Susan Hill
1370 Bridlebrook Drive
Casselberry, FL 32707-5856

Taz Crumpler
4522 Malik Cres Drive
Orlando, FL 32810-2867


The Business Backer
10856 Reed Hartman Highway
Ste 100
Marietta, GA 30067

Thomas Senniger
PO Box 120415
Clermont, FL 34712-0415

Tim DePalma
728 N Lake Formosa Drive
Orlando, FL 32803-1422


Tim and Norma Ackert
915 Palm Drive
Orlando, FL 32803-3655

Tina Carroll
15532 Ave of the Arbors
Winter Garden, FL 34787-8778

Tracy Ewald
2465 Banchory
Winter Park, FL 32792-4705


Tremron LLC
PO Box 930134
Atlanta, GA 31193-0134

US Paverscape
1735 SE Federal Hwy
Stuart, FL 34994-3952

United Debt Settlement
240 w 37th St 4th
Ste 400
New York, NY 10018-5733


United Settlement LLC
241 West 30th St, 3rd Flr
New York, NY 10001-2823

Villas of Lake Eola
614 E Ridgewood Street
Orlando, FL 32803

Web Bank
215 S State Street, Ste 1000
Salt Lake City, UT 84111-2336


Wex Bank
P.O. Box 6293
Carol Stream, IL 60197-6293

William Smith
161 Hunters Trail
Longwood, FL 32779-3053

Wyneisha Barrett
2745 Cullens Ct
Ocoee, FL 34761-9112


Yelp
140 New Montgomery St.
San Francisco, CA 94105-3822

United States Trustee - ORL7/13 +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Cynthia E Lewis +
Nardella & Nardella PLLC
135 W Central Blvd, Ste 300
Orlando, FL 32801-2435


Lori Patton +
Lori Patton, Trustee
377 Maitland Ave
Ste 1002
Altamonte Springs, FL 32701-5442

Lori V. Vaughan +
Orlando
, FL

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


JP Morgan Chase Bank                        Sequium Asset Solutions, LLC
3415 Vision Dr.                             1130 Northchase Parkway
Columbus, OH 43219                          Suite 150
                                            Marietta, GA 30067




The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Will Caton                               End of Label Matrix
645 Mulberry Ave                            Mailable recipients   209
FL 34707                                    Bypassed recipients     1
                                            Total                 210