**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

| | | |
|---|---|---|
| Orlando Brick Pavers LLC, | § | Case No. 6:22-bk-03295-LVV |
| | § | Chapter 7 |
| Debtor. | § | |
| | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Lori Patton, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $17,006.03<br>***(without deducting any secured claims)*** | Assets Exempt: N/A |
| Total Distributions to Claimants: $6,914.58 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $5,032.72 | |

3) Total gross receipts of $11,947.30 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $11,947.30 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $240,546.84 | $103,802.32 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $5,032.72 | $5,032.72 | $5,032.72 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $28,402.79 | $28,402.79 | $6,914.58 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $520,497.52 | $156,732.73 | $156,732.73 | $0.00 |
| **TOTAL DISBURSEMENTS** | $761,044.36 | $293,970.56 | $190,168.24 | $11,947.30 |

4) This case was originally filed under chapter 7 on 09/13/2022. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/11/2023

By: /s/ Lori Patton
Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2003 Ford F350 Truck VIN: 1FTSW31F03EA58340 | 1129-000 | $2,500.00 |
| 2012 Kia Sorrento VIN :5XYKU3A60CG295133 | 1129-000 | $1,400.00 |
| 2019 U-Dump Trailer VIN: 43ZBD1226K0008083 | 1129-000 | $4,600.00 |
| Business Checking Account at Additions Credit Union, xxxxxx1497 | 1129-000 | $2,686.00 |
| Insurance Premium Refund | 1229-000 | $761.30 |
| **TOTAL GROSS RECEIPTS** | | **$11,947.30** |

*[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15 | Fora Financial Asset Securitization, LLC | 4210-000 | NA | $9,168.00 | $0.00 | $0.00 |
| 17 | Balboa Capital Corporation | 4210-000 | $119,576.28 | $94,634.32 | $0.00 | $0.00 |
| N/F | Can Capital | 4110-000 | $27,901.66 | NA | NA | NA |
| N/F | Everest Business Funding | 4110-000 | $44,550.00 | NA | NA | NA |
| N/F | For A Financial Advance | 4110-000 | $7,629.80 | NA | NA | NA |
| N/F | The Business Backer | 4110-000 | $40,889.10 | NA | NA | NA |
| | **TOTAL SECURED** | | **$240,546.84** | **$103,802.32** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Lori Patton | 2100-000 | NA | $1,944.73 | $1,944.73 | $1,944.73 |
| Trustee, Expenses - Lori Patton | 2200-000 | NA | $684.81 | $684.81 | $684.81 |
| Auctioneer Fees - Robert H. Ewald | 3610-000 | NA | $850.00 | $850.00 | $850.00 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $18.04 | $18.04 | $18.04 |
| Accountant for Trustee Fees (Other Firm) - Noble & Noble P.A., CPA | 3410-000 | NA | $649.50 | $649.50 | $649.50 |
| Other Professional's Expenses - Noble & Noble P.A., CPA | 3992-000 | NA | $15.35 | $15.35 | $15.35 |
| Other Professional's Expenses - Robert H. Ewald | 3992-000 | NA | $870.29 | $870.29 | $870.29 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$5,032.72** | **$5,032.72** | **$5,032.72** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Eric P. Scinto | 5600-000 | NA | $3,242.50 | $3,242.50 | $798.04 |
| 2 | Internal Revenue Service | 5800-000 | NA | $308.29 | $308.29 | $0.00 |
| 3-2P | John B. Gambrell | 5600-000 | NA | $3,350.00 | $3,350.00 | $824.50 |
| 4P | Frederick Hilmer | 5600-000 | NA | $3,350.00 | $3,350.00 | $824.50 |
| 5P | John Munsch | 5600-000 | NA | $3,350.00 | $3,350.00 | $824.50 |
| 7 | Laura Cascio | 5600-000 | NA | $2,480.00 | $2,480.00 | $610.37 |
| 10P | Charles Morgan | 5600-000 | NA | $2,924.50 | $2,924.50 | $719.77 |
| 12P | Margie Brozanski and Theodore Leo Brozanski Jr | 5600-000 | NA | $3,350.00 | $3,350.00 | $824.50 |
| 13P | Carla Landsberg | 5600-000 | NA | $3,350.00 | $3,350.00 | $824.49 |
| 16 | Sara Podgurski | 5600-000 | NA | $2,697.50 | $2,697.50 | $663.91 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$28,402.79** | **$28,402.79** | **$6,914.58** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3-2 | John B. Gambrell | 7100-000 | $6,657.00 | $3,307.00 | $3,307.00 | $0.00 |
| 4 | Frederick Hilmer | 7100-000 | $16,250.00 | $12,900.00 | $12,900.00 | $0.00 |
| 5 | John Munsch | 7100-000 | $4,750.00 | $1,400.00 | $1,400.00 | $0.00 |
| 6 | American Express National Bank | 7100-000 | $10,764.89 | $11,068.07 | $11,068.07 | $0.00 |
| 8 | George Mavrofrides Trust | 7100-000 | $0.00 | $4,015.00 | $4,015.00 | $0.00 |
| 9 | Parker Brothers Trucking Inc. | 7100-000 | $1,285.00 | $1,285.00 | $1,285.00 | $0.00 |
| 11 | Kabbage, Inc. | 7100-000 | $27,968.92 | $28,139.50 | $28,139.50 | $0.00 |
| 12U | Margie Brozanski and Theodore Leo Brozanski Jr | 7100-000 | $13,813.28 | $10,505.00 | $10,505.00 | $0.00 |
| 13 | Carla Landsberg | 7100-000 | $3,724.75 | $1,122.00 | $1,122.00 | $0.00 |
| 14 | Capital One N.A. | 7100-000 | $2,035.55 | $2,074.55 | $2,074.55 | $0.00 |
| 18 | The Business Backer | 7100-000 | NA | $40,457.61 | $40,457.61 | $0.00 |
| 19 | Marie E. Henkel, Ch. 7 Trustee | 7100-000 | NA | $32,759.00 | $32,759.00 | $0.00 |
| 20 | Ida Thomas | 7100-000 | $0.00 | $7,700.00 | $7,700.00 | $0.00 |
| N/F | Adam Billens | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Adam Feller | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Adam Lee | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Alicia and Rich Lerner | 7100-000 | $0.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | All Clear Bobcat, Inc. | 7100-000 | $13,483.35 | NA | NA | NA |
| N/F | Allan Weatherford | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Amanda Lister | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Amber Blondin | 7100-000 | $0.00 | NA | NA | NA |
| N/F | American Builders Insurance | 7100-000 | $1,339.70 | NA | NA | NA |
| N/F | Angelo's Recycled Materials | 7100-000 | $1,352.33 | NA | NA | NA |
| N/F | Asheley Rigoulot | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Auto-Owners Insurance | 7100-000 | $2,812.74 | NA | NA | NA |
| N/F | Ayana Washington | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Barbara Poleo | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Ben Kennedy | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Blurock Ventures Lease | 7100-000 | $585.75 | NA | NA | NA |
| N/F | Brian Barrett | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Brian Payor | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Cami Engle | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Carmen Rivera | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Carolyn Menacker | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Charles Morgan | 7100-000 | $3,037.78 | NA | NA | NA |
| N/F | Chris & Natalie Loulan | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Chris Adams | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Chuck Greif | 7100-000 | $0.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Cindy Molle | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Comforthouse | 7100-000 | $425.00 | NA | NA | NA |
| N/F | Cory & Lakira Bogler | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Cory Weathers | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Cristiana Tineo | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Dan Ryan | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Danny Sardue | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Dave Solomon | 7100-000 | $0.00 | NA | NA | NA |
| N/F | David Mitchell | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Debbie Workman | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Deborah Barra | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Designs by Sandra | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Desiree Blanco | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Dolia Erlansoa | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Ed McDonald | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Eric Scinto | 7100-000 | $2,924.47 | NA | NA | NA |
| N/F | Erin Koscisco | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Express Trucking of | 7100-000 | $350.00 | NA | NA | NA |
| N/F | Francesca Agostino | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Fund box, Ltd. | 7100-000 | $67,511.34 | NA | NA | NA |
| N/F | Gabrielle Brandley | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Gaby Guicciradi | 7100-000 | $0.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Gary Gerstemeier | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Gentry | 7100-000 | $0.00 | NA | NA | NA |
| N/F | George Crousillat | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Gina Eljuri | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Glen Hurly | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Glen Kossin | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Greg Van Choyke | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Home Depot | 7100-000 | $1,683.61 | NA | NA | NA |
| N/F | Hugh Normile | 7100-000 | $0.00 | NA | NA | NA |
| N/F | J.D. Runner | 7100-000 | $5,529.19 | NA | NA | NA |
| N/F | JP Morgan Chase Bank | 7100-000 | $961.45 | NA | NA | NA |
| N/F | Jacquiline Marks | 7100-000 | $0.00 | NA | NA | NA |
| N/F | James Summa | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Janie Garrett | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Jason Barnett | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Jean Florell | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Jeff Bellomo | 7100-000 | $55,000.00 | NA | NA | NA |
| N/F | Jeff Trentadue | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Jennifer Horner | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Jeuses Morfa | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Joanne Veliz | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Joe Logan | 7100-000 | $0.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Joe Peterson | 7100-000 | $0.00 | NA | NA | NA |
| N/F | John Calabrese | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Jonathan and Ashley Bennett | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Jose Diaz | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Josh Billingsly | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Joyce Gossett | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Juan Camacho | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Justin Hough | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Justin Menezes | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Karen Altizer | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Kelly Sroka | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Kevin Edmonds | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Lania Loizides | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Larry Cramer | 7100-000 | $144,406.08 | NA | NA | NA |
| N/F | Larry Spack | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Laura Cascio | 7100-000 | $1,338.03 | NA | NA | NA |
| N/F | Lending Point | 7100-000 | $2,857.77 | NA | NA | NA |
| N/F | Leslie Bloise | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Liliana Montalvan | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Linda Anthon | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Linda Bowler | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Lisa Moyer | 7100-000 | $0.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Lisa Pirillo | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Mark Cassidy | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Mark LaSalle | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Maxine Risper | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Melissa Barry | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Melvin Berstein | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Michael Deen | 7100-000 | $7,138.19 | NA | NA | NA |
| N/F | Michael Jenner | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Michael Nunn | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Michael Snyder | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Micheal Valentine | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Michelle Lewin | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Michelle Rauktis | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Michigan Place Holdings, LLC | 7100-000 | $19,800.00 | NA | NA | NA |
| N/F | Mike Keese | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Mike Milne | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Mitchell Hanson | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Mulligan Stump Grinding Inc. | 7100-000 | $300.00 | NA | NA | NA |
| N/F | Nancy and Pete Castaing | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Nathan Fitzpatrick | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Nicole Horlacher | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Norman Hooten | 7100-000 | $0.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Oldcastle Coastal | 7100-000 | $9,401.98 | NA | NA | NA |
| N/F | Olu Aduloju | 7100-000 | $0.00 | NA | NA | NA |
| N/F | PD Price | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Patty Goonen | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Paul Bertram | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Paul Durant | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Peter Wang | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Phillips | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Primose Construction Company | 7100-000 | $4,850.00 | NA | NA | NA |
| N/F | RSVP Orlando | 7100-000 | $3,249.00 | NA | NA | NA |
| N/F | Randy Keegan | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Randy Long | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Ray Lavelle | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Rebecca Cramer | 7100-000 | $25,900.00 | NA | NA | NA |
| N/F | Rebecca Estreet | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Rex Straw | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Robin Goranson | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Ron Gates | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Rosa Workman | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Rose McGee | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Rosie Davis | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Royal Harbor | 7100-000 | $0.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Ryan Houser | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Ryan Schutt | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Sara Dechmerowski | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Sara Podgurski | 7100-000 | $2,451.42 | NA | NA | NA |
| N/F | Sheila Walaszek | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Shelly Abrams | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Sherri Misturak | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Sherry Riley | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Silla Leonardo Giubilei | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Skipper Millens | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Southwest Recovery Services | 7100-000 | $960.98 | NA | NA | NA |
| N/F | Stephanie Fried | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Stephanie Roach | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Steve Jaffe | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Sunbelt Rentals | 7100-000 | $1,865.24 | NA | NA | NA |
| N/F | Susan Hill | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Taz Crumpler | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Thomas Senniger | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Tim DePalma | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Tim and Norma Ackert | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Tina Carroll | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Tracy Ewald | 7100-000 | $0.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Tremron LLC | 7100-000 | $4,668.07 | NA | NA | NA |
| N/F | US Paverscape | 7100-000 | $24,218.68 | NA | NA | NA |
| N/F | United Debt Settlement | 7100-000 | $16,641.10 | NA | NA | NA |
| N/F | Villas of Lake Eola | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Wex Bank | 7100-000 | $4,571.13 | NA | NA | NA |
| N/F | Will Caton | 7100-000 | $0.00 | NA | NA | NA |
| N/F | William Smith | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Wyneisha Barrett | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Yelp | 7100-000 | $1,633.75 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$520,497.52** | **$156,732.73** | **$156,732.73** | **$0.00** |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit 8
Page: 1

**Case No.:** 6:22-bk-03295-LVV
**Case Name:** Orlando Brick Pavers LLC

**For Period Ending:** 07/11/2023

**Trustee Name:** (291020) Lori Patton
**Date Filed (f) or Converted (c):** 09/13/2022 (f)
**§ 341(a) Meeting Date:** 10/19/2022
**Claims Bar Date:** 11/22/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/ Unscheduled Values | 3<br>Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Formally Abandoned OA=§554(a) abandon. | 5<br>Sale/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Business Checking Account at Additions Credit Union, xxxxxx1497 | 2,617.71 | 2,617.71 | | 2,686.00 | FA |
| 2 | Business Savings Account at Additions Credit Union, xxxxxx1494 | 295.01 | 0.00 | | 0.00 | FA |
| 3 | Business Checking Account at Chase (Negative Balance), xxxxxx2305 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Business Savings Account at Chase, xxxxxx8295 | 50.02 | 0.00 | | 0.00 | FA |
| 5 | Prepayments: UPS #2126 Post Office Box for Business, Oviedo, FL | 250.00 | 0.00 | | 0.00 | FA |
| 6 | A/R Over 90 days old. Face amount = $2,363.00. Doubtful/Uncollectible accounts = $2,363.00. | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Other inventory or supplies: Brick pavers, Stone Blocks, Block Wall, Coping, Bullnose Slate, Pallets, | 7,934.00 | 0.00 | OA | 0.00 | FA |
| 8 | Various Desks, Chairs, Cabinets. | 200.00 | 0.00 | OA | 0.00 | FA |
| 9 | Craftsman Storage Shed, pressure washer. | 75.00 | 0.00 | OA | 0.00 | FA |
| 10 | Computers and Printers. | 200.00 | 0.00 | OA | 0.00 | FA |
| 11 | 2003 Ford F350 Truck VIN: 1FTSW31F03EA58340 | 3,000.00 | 3,000.00 | | 2,500.00 | FA |
| 12 | 2012 Kia Sorrento VIN :5XYKU3A60CG295133 | 2,395.00 | 2,395.00 | | 1,400.00 | FA |
| 13 | 2019 U-Dump Trailer VIN: 43ZBD1226K0008083 | 7,000.00 | 7,000.00 | | 4,600.00 | FA |
| 14 | Forklift, Pallet Forks, Skid Steer, Bobcat. | 8,000.00 | 0.00 | OA | 0.00 | FA |
| 15 | www.orlandobrickpavers.com | 1.00 | 0.00 | OA | 0.00 | FA |
| 16 | email address: obp@orlandobrickpavers.com. | 1.00 | 0.00 | OA | 0.00 | FA |
| 17 | Insurance Premium Refund (u) | Unknown | 761.30 | | 761.30 | FA |
| **17** | **Assets Totals (Excluding unknown values)** | **$32,018.74** | **$15,774.01** | | **$11,947.30** | **$0.00** |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit 8
Page: 2

**Case No.:** 6:22-bk-03295-LVV
**Case Name:** Orlando Brick Pavers LLC

**For Period Ending:** 07/11/2023

**Trustee Name:** (291020) Lori Patton
**Date Filed (f) or Converted (c):** 09/13/2022 (f)
**§ 341(a) Meeting Date:** 10/19/2022
**Claims Bar Date:** 11/22/2022

**Major Activities Affecting Case Closing:**

3 vehicles to auction 2003 Ford F350 Truck VIN: 1FTSW31F03EA58340; 2012 Kia Sorrento VIN 5XYKU3A60CG295133; and 2019 U-Dump Trailer VIN: 43ZBD1226K0008083
9/15/22 - app to employ auctioneer filed (DE 4), granted 9/16 (DE 5)
10/12 - notice of abandonment filed (DE 8)
10/14 - Received check from debtor for $2686.00 for funds in checking account
11/7 - notice of intent to sell at auction filed (DE 12)
11/29 - claims review complete
on-line auction to be held 12/3 - 12/11/22
12/7 - obj to claims 3, 4, 5, 10, 13 & 16 filed, obj date up 1/6/23 (DE 13-18) - all sustained
12/13 - resp to obj to claim 4 filed (DE 19) - withdrawn 12/15 (DE 22)
12/16 - auctioneer report & fee app filed (DE 23)
1/3/23 - auctioneer ck mailed
1/19 - app to employ accountant filed (DE 33) - granted 1/20 (DE 37)
1/27 - accountant fee app filed (DE 39)
1/30 - ttee fee app filed (DE 40)
1/30 - TFR sent to UST
1/31 - TFR filed w/Court (DE 41)
1/31 - NFR filed, obj date up 2/21 (DE 42)
3/9 - TFR approved by Judge
7/11 - TDR sent to UST

**Initial Projected Date Of Final Report (TFR):** 10/31/2023 **Current Projected Date Of Final Report (TFR):** 01/30/2023 (Actual)

07/11/2023
Date

/s/Lori Patton
Lori Patton

# Form 2
# Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| | | | |
|---|---|---|---|
| **Case No.:** | 6:22-bk-03295-LVV | **Trustee Name:** | Lori Patton (291020) |
| **Case Name:** | Orlando Brick Pavers LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***0350 | **Account #:** | ******1820 Checking |
| **For Period Ending:** | 07/11/2023 | **Blanket Bond (per case limit):** | $39,238,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/14/22 | {1} | Orlando Brick Pavers | Balance in Additions CU on filing date turned over | 1129-000 | 2,686.00 | | 2,686.00 |
| 10/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,681.00 |
| 11/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,676.00 |
| 12/22/22 | | Ewald Auctions Inc | auction proceeds per doc # 12 filed 11/7/22 | | 8,500.00 | | 11,176.00 |
| | {12} | | auction $1,400.00 | 1129-000 | | | |
| | {13} | | auction $4,600.00 | 1129-000 | | | |
| | {11} | | auction $2,500.00 | 1129-000 | | | |
| 12/27/22 | {17} | American Builders Insurance Company | insurance premium refund | 1229-000 | 761.30 | | 11,937.30 |
| 12/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 8.04 | 11,929.26 |
| 01/03/23 | 501 | Robert H. Ewald | Auctioneer fee/exp per doc # 23 filed 12/16/22 | | | 1,720.29 | 10,208.97 |
| | | Robert H. Ewald | Fee $850.00 | 3610-000 | | | |
| | | Robert H. Ewald | Expenses $870.29 | 3992-000 | | | |
| 03/20/23 | 502 | Lori Patton | Combined trustee compensation & expense dividend payments. | | | 2,629.54 | 7,579.43 |
| | | Lori Patton | Claims Distribution - Mon, 01-30-2023 $1,944.73 | 2100-000 | | | |
| | | Lori Patton | Claims Distribution - Mon, 01-30-2023 $684.81 | 2200-000 | | | |
| 03/20/23 | 503 | Noble & Noble P.A., CPA | Combined dividend payments for Claim #, | | | 664.85 | 6,914.58 |
| | | Noble & Noble P.A., CPA | Claims Distribution - Mon, 01-30-2023 $649.50 | 3410-000 | | | |
| | | Noble & Noble P.A., CPA | Claims Distribution - Mon, 01-30-2023 $15.35 | 3992-000 | | | |
| 03/20/23 | 504 | Eric P. Scinto | 22-03295 ORLANDO BRICK PAVERS LLC Distribution payment - Dividend paid at 24.61% of $3,242.50; Claim # 1P; Filed: $3,242.50 | 5600-000 | | 798.04 | 6,116.54 |
| 03/20/23 | 505 | John B. Gambrell | 22-03295 ORLANDO BRICK PAVERS LLC Distribution payment - Dividend paid at 24.61% of $3,350.00; Claim # 3-2P; Filed: $3,350.00 | 5600-000 | | 824.50 | 5,292.04 |

**Page Subtotals:** **$11,947.30** **$6,655.26**

# Form 2
# Cash Receipts And Disbursements Record



| | | | |
|---|---|---|---|
| **Case No.:** | 6:22-bk-03295-LVV | **Trustee Name:** | Lori Patton (291020) |
| **Case Name:** | Orlando Brick Pavers LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***0350 | **Account #:** | ******1820 Checking |
| **For Period Ending:** | 07/11/2023 | **Blanket Bond (per case limit):** | $39,238,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/20/23 | 506 | Frederick Hilmer | 22-03295 ORLANDO BRICK PAVERS LLC Distribution payment - Dividend paid at 24.61% of $3,350.00; Claim # 4P; Filed: $3,350.00 | 5600-000 | | 824.50 | 4,467.54 |
| 03/20/23 | 507 | John Munsch | 22-03295 ORLANDO BRICK PAVERS LLC Distribution payment - Dividend paid at 24.61% of $3,350.00; Claim # 5P; Filed: $3,350.00 | 5600-000 | | 824.50 | 3,643.04 |
| 03/20/23 | 508 | Laura Cascio | 22-03295 ORLANDO BRICK PAVERS LLC Distribution payment - Dividend paid at 24.61% of $2,480.00; Claim # 7; Filed: $2,480.00 | 5600-000 | | 610.37 | 3,032.67 |
| 03/20/23 | 509 | Charles Morgan | 22-03295 ORLANDO BRICK PAVERS LLC Distribution payment - Dividend paid at 24.61% of $2,924.50; Claim # 10P; Filed: $2,924.50 | 5600-000 | | 719.77 | 2,312.90 |
| 03/20/23 | 510 | Margie Brozanski and Theodore Leo Brozanski Jr | 22-03295 ORLANDO BRICK PAVERS LLC Distribution payment - Dividend paid at 24.61% of $3,350.00; Claim # 12P; Filed: $3,350.00 | 5600-000 | | 824.50 | 1,488.40 |
| 03/20/23 | 511 | Carla Landsberg | 22-03295 ORLANDO BRICK PAVERS LLC Distribution payment - Dividend paid at 24.61% of $3,350.00; Claim # 13P; Filed: $3,350.00 | 5600-000 | | 824.49 | 663.91 |
| 03/20/23 | 512 | Sara Podgurski | 22-03295 ORLANDO BRICK PAVERS LLC Distribution payment - Dividend paid at 24.61% of $2,697.50; Claim # 16; Filed: $2,697.50 | 5600-000 | | 663.91 | 0.00 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **COLUMN TOTALS** | 11,947.30 | 11,947.30 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | 11,947.30 | 11,947.30 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $11,947.30 | $11,947.30 | |

# Form 2

Exhibit 9
Page: 3

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 6:22-bk-03295-LVV | **Trustee Name:** | Lori Patton (291020) |
| **Case Name:** | Orlando Brick Pavers LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***0350 | **Account #:** | ******1820 Checking |
| **For Period Ending:** | 07/11/2023 | **Blanket Bond (per case limit):** | $39,238,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $11,947.30 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $11,947.30 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******1820 Checking | $11,947.30 | $11,947.30 | $0.00 |
| | **$11,947.30** | **$11,947.30** | **$0.00** |

07/11/2023
Date

/s/Lori Patton
Lori Patton